NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kirk D. Dillman (SBN 110486)
M. Storm Byrd (SBN 319387)
McKool Smith Hennigan, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
(213) 694-1200
kdillman@mckoolsmithhennigan.com
sbyrd@mckoolsmithhennigan.com

ATTORNEY(S) FOR: The Real USFL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-1350<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  The Real USFL, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company | Plaintiff, owner of trademarks at issue |
| FOX SPORTS, INC, a Delaware corporation; | Defendant |
| THE SPRING LEAGUE, LLC, a Delaware limited liability company; | Defendant, owner of trademarks at issue |
| USFL ENTERPRISES, LLC, a Delaware limited liability company, | Defendant, wholly-owned subsidiary of Fox Sports, Inc |

February 28, 2022                                    /s/ Kirk D. Dillman
Date                                                           Signature

Attorney of record for (or name of party appearing in pro per):

The Real USFL, LLC

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**