Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (to be admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (to be admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (to be admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (to be admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, LLC*

*Additional counsel on the inside page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:22-cv-1350-SK<br><br>**DECLARATION OF DAVID E. BROWN IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

DECLARATION OF DAVID E. BROWN

Case 2:22-cv-01350-JFW-MAR   Document 19   Filed 03/02/22   Page 2 of 5   Page ID #:102

1  Joseph O. Slovacek (to be admitted *pro hac vice*)
   slovacek@hooverslovacek.com
2  Hoover Slovacek LLP
   Galleria Tower II
3  5051 Westheimer, Suite 1200
   Houston, TX 77056
4
   Eric B. Halper (to be admitted *pro hac vice*)
5  ehalper@mckooolsmith.com
   John C. Briody (to be admitted *pro hac vice*)
6  jbriody@mckoolsmith.com
   Radu A. Lelutiu (to be admitted *pro hac vice*)
7  rlelutiu@mckoolsmithlcom.com
   Laura Baron (to be admitted *pro hac vice*)
8  lbaron@mckoolsmith.com
   MCKOOL SMITH P.C.
9  395 Ninth Avenuemul
   New York, NY 10001
10
   Thomas J. Eisweirth (to be admitted *pro hac vice*)
11 teisweirth@mckoolsmith.com
   MCKOOL SMITH P.C.
12 600 Travis Street
   Suite 7000
13 Houston, TX 77002

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith Hennigan, P.C.
Los Angeles, CA

DECLARATION OF DAVID E. BROWN

# DECLARATION OF DAVID E. BROWN

I, David E. Brown, declare under 28 U.S.C. § 1746:

1. I am President of American Classics, Inc. ("American Classics"), a leading wholesaler of "classic entertainment" apparel, which sells apparel directly online and through major retailers such as Old Navy and Kohl's. I make this declaration in support of The Real USFL LLC's Complaint and Motion for a Preliminary Injunction filed herewith. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. In summer 2011, I approached Steve Ehrhart, the former Executive Director of the United States Football League ("USFL") and the former owner of the USFL team the Memphis Showboats, to license the USFL's trademarks. Following negotiations, American Classics and Mr. Ehrhart entered into a world-wide license agreement (the "License Agreement"), effective July 1, 2011. The License Agreement provided that, in exchange for a 12% royalty, American Classics would make its "best efforts to offer for sale" t-shirts using the "names, logos, [and] images of the USFL and its member teams from 1983, 1984, and 1985" by September 30, 2011. Exhibit A is a true and correct copy of the License Agreement.

3. On August 11, 2011, I presented 26 t-shirt designs bearing the USFL logo and/or marks of original USFL teams to Mr. Ehrhart for approval. Mr. Ehrhart subsequently approved these designs. Exhibit B is a true and correct copy of my email correspondence with Mr. Ehrhart.

4. By October 24 2011, the USFL was listed as a licensed brand on American Classics' website. Exhibit C is a true and correct copy of pages from the American Classics' website as it appeared on October 24, 2011.

5. USFL-licensed merchandise was listed for sale on American Classics' website by no later than November 19, 2011. Exhibit E is a true and correct copy of pages from the American Classics' website as it appeared on November 19, 2011.

6. American Classics made regular quarterly royalty payments to the USFL, care of Steve Ehrhart, based on continuous sales of USFL-licensed merchandise from 2011 through 2021.

7. On December 23, 2021, American Classics received a letter from David Bernstein, counsel for Fox Sports, directing it to "immediately discontinue all sale of" the USFL-licensed merchandise and to "recall all products that have been distributed to retailers" within eight days (the "Demand Letter"). Exhibit F is a true and correct copy of the Demand Letter.

8. Over the next two weeks, American Classics exchanged various email communications with Mr. Bernstein regarding the Demand Letter. Exhibit G is a true and correct copy of American Classics' email correspondence with Mr. Bernstein.

9. On January 4, 2022, American Classics received a letter from Mr. Bernstein asserting various violations of federal trademark law. Exhibit H is a true and correct copy of the January 4, 2022, correspondence from Mr. Bernstein.

10. On January 10, 2022, I informed Mr. Bernstein of the License Agreement with Mr. Ehrhart and provided records of American Classics' royalty payments under the licensing arrangement. Nevertheless, American Classics ceased selling USFL-licensed merchandise in December 2021 because of threatening letters we received from Fox. In the email, I also expressly preserved all of my legal rights. Exhibit I is a true and correct copy of my January 10, 2022 correspondence to Mr. Bernstein.

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct.

3  DATED: 2/22/2022   By: /s/ David Brown

DocuSigned by:
David Brown
E18B2C9A92D94AE...

McKool Smith Hennigan, P.C.
Los Angeles, CA