**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 22-1350-JFW(MARx)**                                    Date: March 4, 2022

Title:        The Real USFL, LLC-*v*- Fox Sports, Inc., et al.

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       **Shannon Reilly**                                          **None Present**
       **Courtroom Deputy**                                    **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
       None                                                            None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER DENYING MOTION FOR PRELIMINARY**
                                     **INJUNCTION PURSUANT TO FED. R. CIV. P. 65  [filed**
                                     **3/2/22; Docket No. 18]**

      On March 2, 2022, Plaintiff The Real USFL, LLC  ("Plaintiff") filed a Motion for Preliminary Injunction ("Motion") Pursuant to Fed. R. Civ. P. 65.  (Docket No. 18).  On March 3, 2022, this case was reassigned to this Court from the Direct Assignment of Civil Cases to Magistrate Judge Program and the Court issued its Standing Order (Docket No. 25). The Standing Order controls the filing of all motions in this case, and differs in some respects from the Local Rules.  Because Plaintiff filed its Motion before the case was reassigned to the Court, Plaintiff's Motion is denied without prejudice to refiling in full compliance with the Court's Standing Order and the Local Rules.

      IT IS SO ORDERED.