Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (to be admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (to be admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (to be admitted *pro hac vice)*
alex.brown@lanierlawfirm.com
Zeke DeRose III (to be admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL LLC*

*Additional counsel on the inside page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:22-cv-1350-JFW<br><br>*The Hon. John F. Walter*<br><br>**JOINT SUBMISSION REGARDING RULE 7-3 MEET AND CONFER**<br><br>Complaint Filed: February 28, 2022<br><br>Trial Date: Not set |

Joseph O. Slovacek (to be admitted *pro hac vice*)
slovacek@hooverslovacek.com
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (to be admitted *pro hac vice*)
ehalper@mckooolsmith.com
John C. Briody (to be admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (to be admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (to be admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

Thomas J. Eisweirth (to be admitted *pro hac vice*)
teisweirth@mckoolsmith.com
MCKOOL SMITH P.C.
600 Travis Street
Suite 7000
Houston, TX 77002

RULE 7-3 SUBMISSION

Plaintiff The Real USFL LLC (the "Real USFL" or "Plaintiff") and Defendants Fox Sports, Inc., The Spring League, LLC, and USFL Enterprises, LLC (collectively, "Fox" or "Defendants"),[1] pursuant to Local Rule 7-3 and the Court's Standing Order, hereby submit the following report concerning their meet and confer.  Prior to this matter being assigned to Judge Walter, The Real USFL filed a motion for preliminary injunction, *see* Mot. for Prelim. Injunction, *The Real USFL LLC v. Fox Sports, et al.*, 2:22-cv-1350 (JFW) (MAR) (C.D. Cal. Mar. 2, 2022), ECF No. 18, seeking *inter alia*, to enjoin Defendants from using the name "United States Football League" for their football league and from using various football team names and logos in which the Real USFL claims rights.

On March 4, 2022, counsel for the Real USFL and counsel for Fox held a meet and confer via videoconference pursuant to Judge Walter's standing order.  Nicholas Matich, John Briody, Zeke DeRose, Thomas Eisweirth, Storm Byrd, and Laura Baron were present on behalf of the Real USFL. David Bernstein, Michael Schaper, and Jared Kagan were present on behalf of Fox. The conference lasted approximately 30 minutes. Counsel for each party discussed the ownership of the relevant marks and each party's likelihood of success on the merits. The parties were not able to resolve the issues raised by the Real USFL's motion. Accordingly, the parties continue to disagree as to those issues, including the ownership of the relevant marks and the appropriate resolution for their disputes.  However, both parties believe that a speedy adjudication of the motion is in their interests and are amenable to an expedited briefing if the court agrees.  Therefore, the parties jointly propose the following schedule:

---

[1] Fox is presently in discussions with The Spring League, LLC involving a potential joint defense agreement whereby the undersigned counsel for Fox Sports Inc. and USFL Enterprises, LLC would represent all named defendants in this action. The pace of this litigation has outpaced those talks, but the parties anticipate reaching an agreement on that point imminently. Undersigned counsel Fox Sports Inc. and USFL Enterprises, LLC nevertheless have authority to represent The Spring League LLC for the purposes of this submission.

<u>March 9, 2022:</u> The Real USFL will file and serve a new motion. The Real USFL will request a hearing for March 28, subject to the court's willingness to hear the motion earlier than called for by the Local Rules.

<u>March 14, 2022:</u> Defendants will file their joint opposition brief.

<u>March 21, 2022:</u> The Real USFL will file its reply brief.

| | | |
|---|---|---|
| 1 | DATED: March 7, 2022 | **MCKOOL SMITH HENNIGAN, P.C.** |
| 2 | | By: */s/ Kirk D. Dillman* |
| 3 | | Kirk D. Dillman |
| 4 | | M. Storm Byrd |
| 5 | | MCKOOL SMITH HENNIGAN, P.C. |
| | | 300 South Grand Avenue, Suite 2900 |
| 6 | | Los Angeles, California 90071 |
| 7 | | Nicholas T. Matich |
| 8 | | MCKOOL SMITH P.C. |
| 9 | | 1999 K Street, NW, Suite 600 |
| | | Washington, DC 20006 |
| 10 | | |
| 11 | | Mark Lanier |
| 12 | | Alex J. Brown |
| | | Zeke DeRose III |
| 13 | | THE LANIER LAW FIRM |
| 14 | | 6810 FM 1960 West |
| | | Houston, TX 77069 |
| 15 | | |
| 16 | | Joseph O. Slovacek |
| | | Hoover Slovacek LLP |
| 17 | | Galleria Tower II |
| 18 | | 5051 Westheimer, Suite 1200 |
| | | Houston, TX 77056 |
| 19 | | |
| 20 | | Eric B. Halper |
| 21 | | John C. Briody |
| | | Radu A. Lelutiu |
| 22 | | Laura Baron |
| | | MCKOOL SMITH P.C. |
| 23 | | 395 Ninth Avenue |
| 24 | | New York, NY 10001 |
| 25 | | Thomas J. Eisweirth |
| 26 | | MCKOOL SMITH P.C. |
| | | 600 Travis Street |
| 27 | | Suite 7000 |
| 28 | | Houston, TX 77002 |
| | | *Attorneys for Plaintiff* |

McKool Smith Hennigan, P.C.
Los Angeles, CA

3
RULE 7-3 SUBMISSION

| | | |
|---|---|---|
| 1 | DATED: March 7, 2022 | **DEBEVOISE & PLIMPTON LLP** |
| 2 | | By: */s/ David H. Bernstein* |
| 3 | | David H. Bernstein |
| 4 | | DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue |
| 5 | | New York, NY 10022<br>*Attorney for Defendants* |

McKool Smith Hennigan, P.C.
Los Angeles, CA

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

I am the ECF User whose identification and password are being used to file the foregoing JOINT SUBMISSION REGARDING RULE 7-3 MEET AND CONFER. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i). I hereby attest that the other signatories have concurred in this filing.

By: */s/ Kirk D. Dillman*
     Kirk D. Dillman

McKool Smith Hennigan, P.C.
Los Angeles, CA