Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, LLC*

Additional counsel on the inside page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:22-cv-1350-JFW (MARx)<br><br>The Honorable Judge John F. Walter<br>Courtroom No. 7A<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Complaint Filed: February 28, 2022<br>Trial Date: None Set |

Joseph O. Slovacek (to be admitted *pro hac vice*)
slovacek@hooverslovacek.com
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (admitted *pro hac vice*)
ehalper@mckooolsmith.com
John C. Briody (admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenuemul
New York, NY 10001

Thomas J. Eisweirth (to be admitted *pro hac vice*)
teisweirth@mckoolsmith.com
MCKOOL SMITH P.C.
600 Travis Street
Suite 7000
Houston, TX 77002

DECLARATION OF LEAD TRIAL COUNSEL

I, Nicholas T. Matich, hereby declare and state:

1. I am an attorney and principal in the law firm of McKool Smith P.C., attorneys for plaintiff The Real USFL LLC ("The Real USFL"). The matters stated herein are true of my own personal knowledge. I make this declaration in compliance with the Court's Standing Order at ¶ 3(a) [Dkt. No. 25].

2. I am The Real USFL's lead trial counsel in this action.

3. I have registered as an ECF User.

4. My e-mail address of record is nmatich@mckoolsmith.com

5. I have read the Court's Standing Order and the Local Rules.

6. I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this __th day of March, 2022, at Arlington, Virginia.

By: _____
    Nicholas T. Matich

DECLARATION OF LEAD TRIAL COUNSEL
1