Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice)*
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, LLC*

*Additional counsel on the inside page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, A NEW YORK LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, A DELAWARE CORPORATION; THE SPRING LEAGUE, LLC, A DELAWARE LIMITED LIABILITY COMPANY; USFL ENTERPRISES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Defendants. | Case No. 2:22-cv-1350-JFW (MARx)<br><br>The Honorable Judge John F. Walter Courtroom No. 7A<br><br>**NOTICE OF ERRATA RE: DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Complaint Filed: February 28, 2022<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Joseph O. Slovacek (to be admitted *pro hac vice*) |
| | slovacek@hooverslovacek.com |
| 2 | Hoover Slovacek LLP |
| | Galleria Tower II |
| 3 | 5051 Westheimer, Suite 1200 |
| | Houston, TX 77056 |
| 4 | |
| | Eric B. Halper (admitted *pro hac vice*) |
| 5 | ehalper@mckooolsmith.com |
| | John C. Briody (admitted *pro hac vice*) |
| 6 | jbriody@mckoolsmith.com |
| | Radu A. Lelutiu (admitted *pro hac vice*) |
| 7 | rlelutiu@mckoolsmithlcom.com |
| | Laura Baron (admitted *pro hac vice*) |
| 8 | lbaron@mckoolsmith.com |
| | MCKOOL SMITH P.C. |
| 9 | 395 Ninth Avenuemul |
| | New York, NY 10001 |
| 10 | |
| | Thomas J. Eisweirth (to be admitted *pro hac vice*) |
| 11 | teisweirth@mckoolsmith.com |
| | MCKOOL SMITH P.C. |
| 12 | 600 Travis Street |
| | Suite 7000 |
| 13 | Houston, TX 77002 |

McKool Smith Hennigan, P.C.
Los Angeles, CA

NOTICE OF ERRATA RE: DECLARATION OF LEAD TRIAL COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The Real USFL submits this Notice of Errata regarding the Declaration of Lead Trial Counsel filed with the court on March 9, 2022 [Dkt. No. 46].

Through inadvertent error, an unsigned version of the Declaration was uploaded. The Declaration is missing the date and signature of Plaintiff's lead trial counsel on Page 3, Lines 14-17.

Attached hereto is a complete and corrected version of the Declaration of Lead Trial Counsel, which includes the date and signature of lead trial counsel.

DATED: March 9, 2022         MCKOOL SMITH HENNIGAN, P.C.

By _____/s/ M. Storm Byrd_____
M. Storm Byrd
McKool Smith Hennigan
Attorneys for Plaintiff

---

-1-
NOTICE OF ERRATA RE: DECLARATION OF LEAD TRIAL COUNSEL