DAVID H. BERNSTEIN (CA Bar No. 336551)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel:   (212) 909-6696
Fax:   (212) 521-7696
Email:  dhbernstein@debevoise.com

*Attorneys for Defendants*
*USFL Enterprises, LLC and The Spring League, LLC.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 22-CV-01350-JFW-MAR<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

DECLARATION OF LEAD TRIAL COUNSEL

**DECLARATION OF DAVID H. BERNSTEIN**

I, David H. Bernstein, hereby declare as follows:

1. I am a partner at the law firm of Debevoise & Plimpton LLP. I am one of the lawyers representing Defendants USFL Enterprises, LLC and The Spring League, LLC in the above-captioned action ("Action").

2. On January 4, 2022, I was admitted to practice before the United States District Court for the Central District of California.

3. I respectfully submit this Declaration of Lead Trial Counsel in compliance with the Court's Standing Order at ¶ 3(a) (Dkt. 25).

4. I am lead trial counsel representing Defendants USFL Enterprises, LLC and The Spring League, LLC in this Action.

5. I am registered as an ECF User with the United States District Court for the Central District of California.

6. My e-mail address of record is dhbernstein@debevoise.com.

7. I have read the Court's Standing Order and Local Rules.

8. I have consented to service and receipt of filed documents by electronic means.

[Remainder of page intentionally left blank.]

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed this 14th day of March 2022, at Kapalua, Hawaii.

                                        */s/ David H. Bernstein*
                                        David H. Bernstein