| | |
|---|---|
| 1 | Kirk Dillman (SBN 110486) |
|   | kdillman@mckoolsmithhennigan.com |
| 2 | M. Storm Byrd (SBN 319387) |
|   | sbyrd@mckoolsmithhennigan.com |
| 3 | MCKOOL SMITH HENNIGAN, P.C. |
|   | 300 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, California 90071 |
|   | Telephone: (213) 694-1200 |
| 5 | Facsimile: (213) 694-1234 |
| 6 | Nicholas T. Matich (admitted *pro hac vice*) |
|   | nmatich@mckoolsmith.com |
| 7 | MCKOOL SMITH P.C. |
|   | 1999 K Street, NW, Suite 600 |
| 8 | Washington, DC 20006 |
| 9 | Mark Lanier (admitted *pro hac vice*) |
|   | wml@lanierlawfirm.com |
| 10 | Alex J. Brown (admitted *pro hac vice)* |
|   | alex.brown@lanierlawfirm.com |
| 11 | Zeke DeRose III (admitted *pro hac vice*) |
|   | THE LANIER LAW FIRM |
| 12 | 6810 FM 1960 West |
|   | Houston, TX 77069 |

*Attorneys for Plaintiff*
*The Real USFL LLC*

*Additional counsel on the inside page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company, | Case No. 2:22-cv-1350-JFW |
| Plaintiff, | *The Hon. John F. Walter* |
| v. | **DECLARATION OF NICHOLAS T. MATICH ON BEHALF OF PLAINTIFF THE REAL USFL LLC REGARDING MEET AND CONFER CONCERNING MOTION FOR PRELIMINARY INJUNCTION** |
| FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company, | |
| Defendants. | Complaint Filed: February 28, 2022 |
| | Trial Date: Not set |

DECLARATION OF NICHOLAS T. MATICH

Joseph O. Slovacek (to be admitted *pro hac vice*)
slovacek@hooverslovacek.com
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (admitted *pro hac vice*)
ehalper@mckooolsmith.com
John C. Briody (admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

Thomas J. Eisweirth (admitted *pro hac vice*)
teisweirth@mckoolsmith.com
MCKOOL SMITH P.C.
600 Travis Street
Suite 7000
Houston, TX 77002

DECLARATION OF NICHOLAS T. MATICH

I, Nicholas T. Matich, declare as follows:

1. I am an attorney at law duly licensed and admitted to practice in Washington, D.C.; Virginia; the U.S. Courts of Appeals for the Second, Fifth, Tenth, and Federal Circuits; the U.S. Patent and Trademark Office; and the U.S. District Court for the Eastern District of Texas. I am admitted to practice in this action in the United States District Court for the Central District of California *pro hac vice* and am lead trial counsel of record for Plaintiff the Real USFL LLC ("Plaintiff" or the "Real USFL") in the above-captioned matter. I am familiar with the facts set forth in this declaration and if called as a witness I would and could competently testify thereto.

2. In response to the court's order issued on March 8, 2022 for an additional meeting among counsel, counsel for the parties exchanged correspondence identifying issues to discuss. On behalf of Plaintiff, I identified 17 issues for discussion. Exhibit A is a true and correct copy of my March 9, 2022 letter to Mr. Bernstein. In response, Mr. Bernstein identified 14 additional issues for discussion. Exhibit B is a true and correct copy of Mr. Bernstein's March 9, 2022 letter to me.

3. For approximately two hours and forty minutes, starting at 11:00 AM Eastern time, Thursday, March 10, 2022, I met via videoconference with David Bernstein, counsel for Defendant USFL Enterprises, LLC ("USFL Enterprises"). On behalf of Plaintiff, we were joined by Thomas Eisweirth, Laura Baron, and M. Storm Byrd of McKool Smith and Alex Brown and Zeke DeRose of the Lanier Law Firm. On behalf of Defendant USFL Enterprises, we were joined by Michael Schaper, Jared Kagan, and Marissa MacAneney of Debevoise & Plimpton LLP.

4. During the meet and confer, counsel discussed the issues raised in their correspondence, including the ownership of the relevant league and team names and marks; the applicable Ninth Circuit law; the widespread evidence of confusion that Defendants' conduct has caused among members of the public, including the social

1
DECLARATION OF NICHOLAS T. MATICH

media and other statements cited in Plaintiff's court submissions; the various cease and desist letters that Mr. Bernstein has sent to legitimate licensees and vendors of USFL merchandise; and the significance of the original league and team names and logos for Defendants' efforts to brand and market the counterfeit league to the public and third parties.

5. During the meet and confer, Plaintiff's counsel made diligent, good faith efforts to identify and resolve the issues raised in our anticipated motion for a preliminary injunction. Unfortunately, none of the issues could be resolved during the meet and confer.

6. In addition, prior to the meet and confer, Plaintiff's counsel suggested that the parties mediate their dispute in advance of the hearing on the preliminary injunction. Defendants declined.

7. For the reasons explained above, the issues raised in Plaintiff's anticipated motion for preliminary injunction remain outstanding. Accordingly, Plaintiff expects to file its anticipated motion for a preliminary injunction promptly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | DATED: March 14, 2022 | **MCKOOL SMITH HENNIGAN, P.C.** |
| 2 | | By: /s/ Nicholas T. Matich |
| 3 | | Nicholas T. Matich |
| 4 | | MCKOOL SMITH P.C. |
| 5 | | 1999 K Street, NW, Suite 600 |
| | | Washington, DC 20006 |
| 6 | | |
| 7 | | Kirk D. Dillman |
| | | M. Storm Byrd |
| 8 | | MCKOOL SMITH HENNIGAN, P.C. |
| | | 300 South Grand Avenue, Suite 2900 |
| 9 | | Los Angeles, California 90071 |
| 10 | | |
| 11 | | Mark Lanier |
| | | Alex J. Brown |
| 12 | | Zeke DeRose III |
| | | THE LANIER LAW FIRM |
| 13 | | 6810 FM 1960 West |
| 14 | | Houston, TX 77069 |
| 15 | | |
| | | Joseph O. Slovacek |
| 16 | | Hoover Slovacek LLP |
| | | Galleria Tower II |
| 17 | | 5051 Westheimer, Suite 1200 |
| 18 | | Houston, TX 77056 |
| 19 | | |
| | | Eric B. Halper |
| 20 | | John C. Briody |
| 21 | | Radu A. Lelutiu |
| | | Laura Baron |
| 22 | | MCKOOL SMITH P.C. |
| | | 395 Ninth Avenue |
| 23 | | New York, NY 10001 |
| 24 | | |
| 25 | | Thomas J. Eisweirth |
| | | MCKOOL SMITH P.C. |
| 26 | | 600 Travis Street |
| | | Suite 7000 |
| 27 | | Houston, TX 77002 |
| 28 | | *Attorneys for Plaintiff* |

3

DECLARATION OF NICHOLAS T. MATICH