# EXHIBIT B

# Elysa Effner

| | |
|---|---|
| **From:** | Bernstein, David H. <dhbernstein@debevoise.com> |
| **Sent:** | Wednesday, March 9, 2022 5:20 PM |
| **To:** | Nicholas T. Matich |
| **Cc:** | USFL-Fox-MS; FOX USFL; wml@lanierlawfirm.com; Alex J. Brown; Zeke DeRose; 'Patrick F. Philbin'; Pat Cipollone; kwesley@egcfirm.com |
| **Subject:** | RE: The Real USFL v. Fox Meet and Confer |
| **Attachments:** | 0029_001.pdf |

Hi Nick – that sounds good.  Please see the attached letter.  Looking forward to our call tomorrow.  David

**David H. Bernstein** (he/him/his) | Partner │ Debevoise & Plimpton LLP │ dhbernstein@debevoise.com │ +1 212 909 6696 │ 919 Third Avenue, New York, NY 10022 | 650 California Street, San Francisco, CA 94108 │ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Nicholas T. Matich [mailto:nmatich@McKoolSmith.com]
**Sent:** Wednesday, March 09, 2022 12:05
**To:** Bernstein, David H.
**Cc:** USFL-Fox-MS; FOX USFL; wml@lanierlawfirm.com; Alex J. Brown; Zeke DeRose; 'Patrick F. Philbin'; Pat Cipollone
**Subject:** RE: The Real USFL v. Fox Meet and Confer

Thanks, David.  We can be available 8-10AM PT tomorrow.  Will you be representing all defendants?

**Nicholas T. Matich** | Principal | McKool Smith
Washington, D.C.
Desk: 202-370-8301
Mobile: 703-863-7922

**From:** Bernstein, David H. <dhbernstein@debevoise.com>
**Sent:** Wednesday, March 9, 2022 2:53 PM
**To:** Nicholas T. Matich <nmatich@McKoolSmith.com>
**Cc:** USFL-Fox-MS <USFL-Fox-MS@mckoolsmith.com>; FOX USFL <foxusfl@debevoise.com>; wml@lanierlawfirm.com; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Zeke DeRose <Zeke.DeRose@LanierLawFirm.com>; 'Patrick F. Philbin' <pphilbin@egcfirm.com>; Pat Cipollone <pcipollone@egcfirm.com>
**Subject:** RE: The Real USFL v. Fox Meet and Confer

Nick, thanks for your letter.
We will send you a response later today.
Would you be available tomorrow for our meet and confer, at 8-10 am or 3-4:30 pm, all times PST?
David

**David H. Bernstein** (he/him/his) | Partner │ Debevoise & Plimpton LLP │ dhbernstein@debevoise.com │ +1 212 909 6696 │ 919 Third Avenue, New York, NY 10022 | 650 California Street, San Francisco, CA 94108 │ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-

mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Nicholas T. Matich [mailto:nmatich@McKoolSmith.com]
**Sent:** Wednesday, March 09, 2022 07:49
**To:** Bernstein, David H.
**Cc:** USFL-Fox-MS; FOX USFL; wml@lanierlawfirm.com; Alex J. Brown; Zeke DeRose; 'Patrick F. Philbin'; Pat Cipollone
**Subject:** The Real USFL v. Fox Meet and Confer

Good morning David,

Please see attached a proposal for a meet and confer pursuant to the court's order yesterday.  We can be available at your earliest convenience.

Best,
Nick

**Nicholas T. Matich** | Principal | McKool Smith
1999 K Street, NW, Suite 600, Washington, DC 20006
Main: 202-370-8300
Desk: 202-370-8301
Mobile: 703-863-7922

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.



**Debevoise & Plimpton LLP**
650 California Street, 31st Fl.
San Francisco, CA 94108
+1 415 738 5700

**David H. Bernstein**
Partner
dhbernstein@debevoise.com
Tel +1 212 909 6696
Fax +1 212 521 7696

March 9, 2022

BY EMAIL

Nicholas Matich, Esq.
McKool Smith
1999 K Street, NW
Washington, D.C. 20006
nmatich@McKoolSmith.com

RE: *The Real USFL LLC v. Fox Sports, Inc., et al.*, 2:22-cv-01350 (C.D. Cal.)

Dear Nick:

I write in response to your letter dated March 9, 2022.

We represent USFL Enterprises, LLC and expect to be in a position to also represent The Spring League, LLC. For purposes of the upcoming Rule 7-3 conference, we are authorized to speak for both USFL Enterprises, LLC and The Spring League, LLC ("Defendants"). Upon investigation, we have learned that Fox Sports, Inc. is not an entity with which we are familiar. That entity is not affiliated with Defendants, and we do not represent that entity.

Defendants are prepared to discuss the topics you have outlined, although Defendants do not agree with your characterization of each topic. In addition to the topics you outlined, below are the topics Defendants would like to discuss at the upcoming conference:

- The specific marks in which Plaintiff claims to have rights;

- The goods and services for which Plaintiff has used each of the marks it claims to have rights in;

- Any priority date(s) Plaintiff claims for its asserted rights;

- The Spring League's ownership of valid and protectable trademark rights, including incontestable federal trademark registrations for the trademark "USFL," for use in connection with football entertainment and apparel;

- The rights Mr. Ehrhart claims to have owned prior to entering into a licensing agreement with American Classics and the basis for such rights;

Nicholas Matich, Esq.                           2                           March 9, 2022

- The extent to which (if at all) apparel sold by American Classics identified Plaintiff (or its members) as the source of the goods being sold;

- The rights the former team owners (including Larry Lemak, Carl Peterson, Robert S. Taubman (as Trustee of the A. Alfred Taubman Restated Revocable Trust), Jerry Argovitz, Joseph Canizaro, Fred Bullard, William Tatham, Anthony Duany, and Tad Taube) purported to own before assigning them to The Real USFL LLC and the basis for such rights;

- Details about how individual or entities, including Mr. Ehrhart, accounted for the revenues associated with the American Classics license and reported such revenue on tax returns;

- Any instances of actual confusion alleged by Plaintiff;

- Plaintiff's claim that it will be irreparably harmed if a preliminary injunction does not issue;

- Plaintiff's (including its members') knowledge of Defendants' new football league since at least as early as June 2021, and Plaintiff's (including its members) nine-month delay in requesting injunctive relief;

- Plaintiff's failure to provide evidence of use of the trademarks at issue since June 2021, despite repeated requests from Defendants;

- The balance of equities associated with a preliminary injunction, including in light of Defendants' extensive investment in its new football league; and

- The public interest associated with denying a preliminary injunction.

I look forward to discussing the above topics, and those you have outlined in your letter, on March 10, 2022 at 8am PST.

Very truly yours,

David H. Bernstein