David H. Bernstein (State Bar No. 336551)
  dhbernstein@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone:  (212) 909-6696
Facsimile:  (212) 521-7696

Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
Patrick F. Philbin (*pro hac vice* motion pending)
  pphilbin@egcfirm.com
Kyle T. West (*pro hac vice* motion pending)
  kwest@ecgfirm.com
**ELLIS GEORGE CIPOLLONE**
**O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697

*Attorneys for Defendants*
*USFL Enterprises, LLC and The Spring League, LLC.*
*Additional counsel on the inside page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 22-cv-01350-JFW-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>Complaint Filed:  February 28, 2022<br>Complaint Served:  March 2, 2022<br>Current response date:  March 23, 2022<br><br>New response date:  14 days from ruling on Plaintiff's motion for preliminary injunction. |

| | |
|---|---|
| 1 | Kirk Dillman (State Bar No. 110486) |
|   |   kdillman@mckoolsmithhennigan.com |
| 2 | M. Storm Byrd (State Bar No. 319387) |
|   |   sbyrd@mckoolsmithhennigan.com |
| 3 | MCKOOL SMITH HENNIGAN, P.C. |
|   | 300 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, California 90071 |
|   | Telephone: (213) 694-1200 |
| 5 | Facsimile: (213) 694-1234 |
| 6 | Nicholas T. Matich (admitted *pro hac vice*) |
|   |   nmatich@mckoolsmith.com |
| 7 | MCKOOL SMITH P.C. |
|   | 1999 K Street, NW, Suite 600 |
| 8 | Washington, DC 20006 |
| 9 | Mark Lanier (admitted *pro hac vice*) |
|   |   wml@lanierlawfirm.com |
| 10 | Alex J. Brown (admitted *pro hac vice*) |
|    | alex.brown@lanierlawfirm.com |
| 11 | Zeke DeRose III (admitted *pro hac vice*) |
|    | THE LANIER LAW FIRM |
| 12 | 6810 FM 1960 West |
|    | Houston, TX 77069 |
| 13 | |
| 14 | Joseph O. Slovacek (*pro hac vice* application pending) |
|    |   slovacek@hooverslovacek.com |
| 15 | HOOVER SLOVACEK LLP |
|    | Galleria Tower II |
| 16 | 5051 Westheimer, Suite 1200 |
|    | Houston, TX 77056 |
| 17 | |
| 18 | Eric B. Halper (admitted *pro hac vice*) |
|    |   ehalper@mckooolsmith.com |
|    | John C. Briody (admitted *pro hac vice*) |
| 19 |   jbriody@mckoolsmith.com |
|    | Radu A. Lelutiu (admitted *pro hac vice*) |
| 20 |   rlelutiu@mckoolsmithlcom.com |
|    | Laura Baron (admitted *pro hac vice*) |
| 21 |   lbaron@mckoolsmith.com |
|    | MCKOOL SMITH P.C. |
| 22 | 395 Ninth Avenue |
|    | New York, NY 10001 |
| 23 | |
| 24 | Thomas J. Eisweirth (admitted *pro hac vice*) |
|    |   teisweirth@mckoolsmith.com |
|    | MCKOOL SMITH P.C. |
| 25 | 600 Travis Street, Suite 7000 |
|    | Houston, TX 77002 |
| 26 | |
|    | Attorneys for Plaintiff |
| 27 | The Real USFL LLC |
| 28 | |

-1-

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | |
|---|---|
| 1 | WHEREAS, on February 28, 2022, plaintiff The Real USFL, LLC |
| 2 | ("Plaintiff") filed its Complaint (Dkt. No. 1); |
| 3 | WHEREAS, USFL Enterprises, LLC, and the Spring League, LLC |
| 4 | ("Defendants") learned of this lawsuit on or about the same time and promptly |
| 5 | retained counsel to investigate and represent them in connection with this lawsuit; |
| 6 | WHEREAS, on March 2, 2022, Plaintiff served Defendants with the |
| 7 | Complaint; |
| 8 | WHEREAS, on March 2, 2022, Plaintiff filed and served Defendants with a |
| 9 | Motion for Preliminary Injunction; |
| 10 | WHEREAS, on March 4, 2022, this Court denied Plaintiff's Motion for |
| 11 | Preliminary Injunction without prejudice; |
| 12 | WHEREAS, the Parties met and conferred on March 10, 2022, at which time |
| 13 | Plaintiff indicated its intention to re-file its Motion for Preliminary Injunction; |
| 14 | WHEREAS, pursuant to Fed. R. Civ P. 12(a)(1)(A)(i), Defendants' response |
| 15 | to the Complaint is due March 23, 2022; |
| 16 | WHEREAS, the Court has not yet set dates for the discovery cut-off, the pre- |
| 17 | trial conference, or the trial; |
| 18 | WHEREAS, no extension has been previously granted for Defendants' |
| 19 | response to the Complaint; |
| 20 | WHEREAS, Defendants are evaluating their response to the Complaint but |
| 21 | believe motion practice is likely; |
| 22 | WHEREAS, the Parties agree that it would be inefficient for Defendants to |
| 23 | respond to the Complaint while the re-filed Motion for Preliminary Injunction is |
| 24 | pending, including because the Court's ruling on Plaintiff's motion could impact the |
| 25 | scope of any Rule 12(b) motion Defendants may make; |
| 26 | WHEREAS, the Parties agreed to extend the current schedule such that |
| 27 | Defendants' response to the Complaint, including any potential motion practice, will |
| 28 | take place after this Court decides Plaintiff's re-filed Motion for Preliminary |

Injunction;

WHEREAS, the Parties agreed that the extension would save judicial and party resources if additional motion is not required at this time;

WHEREAS, the Parties agreed, subject to the Court's approval, to extend Defendants' response to the Complaint date to fourteen (14) days following the Court's ruling on Plaintiff's re-filed Motion for a Preliminary Injunction;

THEREFORE, the Parties, subject to the Court's approval, stipulate to extend Defendants' response to the Complaint date to fourteen (14) days following this Court's ruling on Plaintiff's re-filed Motion for a Preliminary Injunction.

Dated: March 15, 2022  **MCKOOL SMITH HENNIGAN, P.C.**

By: */s/ Kirk D. Dillman*

Kirk D. Dillman
M. Storm Byrd
MCKOOL SMITH HENNIGAN, P.C.

Nicholas T. Matich
MCKOOL SMITH P.C.

Mark Lanier
Alex J. Brown
Zeke DeRose III
THE LANIER LAW FIRM

Joseph O. Slovacek
HOOVER SLOVACEK LLP

Eric B. Halper
John C. Briody
Radu A. Lelutiu
Laura Baron

|   |   |   |
|---|---|---|
| 1 |  | MCKOOL SMITH P.C. |
| 2 |  |  |
|   |  | Thomas J. Eisweirth |
| 3 |  | MCKOOL SMITH P.C. |
| 4 |  |  |
|   |  | Attorneys for Plaintiff |
| 5 |  |  |
| 6 | Dated: March 15, 2022 | **DEBEVOISE & PLIMPTON LLP** |
| 7 |  |  |
| 8 |  | By: */s/ David H. Bernstein* |
| 9 |  |  |
| 10 |  | David H. Bernstein<br>DEBEVOISE & PLIMPTON LLP |
| 11 |  | **ELLIS GEORGE CIPOLLONE** |
| 12 |  | **O'BRIEN ANNAGUEY LLP** |
|   |  | Keith J. Wesley |
| 13 |  | Matthew L. Venezia |
| 14 |  | Patrick F. Philbin (*pro hac vice* motion pending)<br>Kyle T. West (*pro hac vice* motion pending) |
| 15 |  |  |
| 16 |  | Attorneys for Defendants |

-4-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i). I hereby attest that the other signatories have concurred in this filing.

By: */s/ David H. Bernstein*
David H. Bernstein