

1  Kirk Dillman (SBN 110486)
   kdillman@mckoolsmithhennigan.com
2  M. Storm Byrd (SBN 319387)
   sbyrd@mckoolsmithhennigan.com
3  MCKOOL SMITH HENNIGAN, P.C.
   300 South Grand Avenue, Suite 2900
4  Los Angeles, California 90071
   Telephone: (213) 694-1200
5  Facsimile: (213) 694-1234

6  Nicholas T. Matich (~~to be~~ admitted *pro hac vice*)
   nmatich@mckoolsmith.com
7  MCKOOL SMITH P.C.
   1999 K Street, NW, Suite 600
8  Washington, DC 20006

9  Mark Lanier (~~to be~~ admitted *pro hac vice*)
   wml@lanierlawfirm.com
10 Alex J. Brown (~~to be~~ admitted *pro hac vice*)
   alex.brown@lanierlawfirm.com
11 Zeke DeRose III (~~to be~~ admitted *pro hac vice*)
   THE LANIER LAW FIRM
12 6810 FM 1960 West
   Houston, TX 77069
13
   *Attorneys for Plaintiff*
14 *The Real USFL, LLC*

15 *Additional counsel on the inside page*

16 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
17 **WESTERN DIVISION**

18 THE REAL USFL, LLC, a New York      Case No. 2:22-cv-1350-JFW (MARx)
   limited liability company,
19
                   Plaintiff,
20                                      **AMENDED COMPLAINT**
          v.
21
   FOX SPORTS, INC, a Delaware         **DEMAND FOR JURY TRIAL**
22 corporation; THE SPRING LEAGUE,
   LLC, a Delaware limited liability
23 company; USFL ENTERPRISES,
   LLC, a Delaware limited liability
24 company; FOX CORPORATION, a
   Delaware corporation; FOX SPORTS
25 1, LLC, a Delaware limited liability
   company; FOX SPORTS 2, LLC a
26 Delaware limited liability company;
   FOX SPORTS HOLDINGS, LLC a
27 Delaware limited liability company;
   FOX SPORTS PRODUCTIONS, LLC
28 a Delaware limited liability company;
   FOXCORP HOLDINGS, LLC a

                   COMPLAINT

<div style="writing-mode: vertical">McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA</div>



Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company,

Defendants.

**Formatted:** Normal, Line spacing: single, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Joseph O. Slovacek (~~to be~~ admitted *pro hac vice*)
slovacek@hooverslovacek.com
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (~~to be~~ admitted *pro hac vice*)
ehalper@mckoolsmith.com
John C. Briody (~~to be~~ admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (~~to be~~ admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (~~to be~~ admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

Thomas J. Eisweirth (~~to be~~ admitted *pro hac vice*)
teisweirth@mckoolsmith.com
MCKOOL SMITH P.C.
600 Travis Street
Suite 7000
Houston, TX 77002

COMPLAINT

1  Plaintiff The Real USFL LLC (the "Real USFL") brings this action against
2  Defendants for injunctive relief and damages.  The allegations herein are made based
3  on personal knowledge of the Real USFL and its members as to their own actions and
4  interactions, and upon information and belief as to all other matters.

5  <u>**NATURE OF THE ACTION**</u>

6  1.  Last year, Defendants ~~Fox Sports, Inc.,~~ The Spring League, LLC~~,~~
7  ~~("TSL"),~~ and USFL Enterprises, LLC, <u>Fox Corporation, Fox Sports 1, LLC, Fox</u>
8  <u>Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp</u>
9  <u>Holdings, LLC, Fox Media, LLC, and Fox Sports Interactive Media, LLC</u>
10  (collectively "Fox<u>," and with TSL, "Defendants</u>") announced the creation of a
11  purportedly new professional football league named the "USFL" or the "United States
12  Football League" (hereafter, "Fox's League").  ~~Three~~<u>Several</u> months ~~ago~~<u>later</u>, Fox
13  further announced that the new league's 2022 season would begin on April ~~22~~<u>16</u>,
14  2022, with eight teams: the Michigan Panthers, the New Jersey Generals, the
15  Philadelphia Stars, the ~~Pittsburg~~<u>Pittsburgh</u> Maulers, the Birmingham Stallions, the
16  Houston Gamblers, the New Orleans Breakers, and the Tampa Bay Bandits.

17  2.  But Fox's USFL franchise is an unabashed counterfeit.  The original
18  USFL (the "USFL" or the "League")—with which Fox has no association—was a
19  professional football league that played in the 1980s and was serious competition to
20  the National Football League ("NFL").  Indeed, the USFL once fielded teams with
21  now-legendary players like Jim ~~Kelley~~<u>Kelly</u>, Reggie White, Doug Flutie, Steve
22  Young, Herschel Walker, Kelvin Bryant, and many others.  Hundreds of millions of
23  dollars were invested into the development of the USFL, which was launched with
24  the support of legendary executives such as the Hall of Fame fullback and former
25  President and General Manager of the Jacksonville Bulls, Larry Csonka, and the
26  President, General Manager, and part owner of the original Philadelphia/Baltimore
27  Stars, Carl Peterson.

28  3.  The League was the subject of one of ESPN's first "30-for-30" sports

McKool Smith Hennigan, P.C.
Los Angeles, CA

documentaries and has been detailed in multiple books.  It also had—and continues to have—a mass following with enduring demand for USFL merchandise.  Fox has no claim to this legacy and no right to capitalize on the goodwill of the league.  Much less does Fox have a right to deceive the public into believing that it is the USFL—or that Fox's League's teams were the USFL teams.

4.   Yet, that is precisely what Fox has done.  It has taken the name and logo of the original league, its team names, and team logos to which it has no right.  And, to make matters worse, it has traded on the false narrative that Fox's League and USFL teams are the offspring of the originals.  They are not.  Plaintiff brings this action to recover the legacy and marks of the USFL and its original teams that Fox so brazenly seeks to misappropriate for itself.

### THE PARTIES

5.   Plaintiff the Real USFL is a New York limited liability company with a principal place of business at One Manhattan West, 395 9th Avenue, 50th Floor, New York, NY.  The Real USFL is a holding company possessing all rights and interest the Real USFL Marks (as that term is defined below).

6.   Defendant Fox Sports, Inc. is a Delaware corporation with a principal place of business at 10201 West Pico Boulevard Los Angeles, CA.

7.6.   Defendant The Spring League, LLC is a Delaware limited liability company with a principal place of business at 3524 Silverside Road, Suite 35B Wilmington, Delaware 19810.

8.7.   Defendant USFL Enterprises, LLC is a Delaware limited liability company with a principal place of business at 10201 West Pico Boulevard Los Angeles, CA.  Upon information and belief, USFL Enterprises, LLC is a wholly-owned subsidiary of Fox Sports, IncCorporation.

8.   Defendant Fox Corporation is a Delaware corporation with a principal place of business at 1211 Avenue of the Americas New York, NY 10036. Upon information and belief Fox Corporation is the ultimate parent entity of The Spring

*McKool Smith Hennigan, P.C.*
*Los Angeles, CA*

1    League, LLC, USFL Enterprises, LLC, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox
2    Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox
3    Media, LLC, and Fox Sports Interactive Media, LLC.

4        9.    Defendant Fox Sports 1, LLC is a Delaware Limited Liability Company
5    with a principal place of business at 10201 West Pico Boulevard Los Angeles,
6    California. Upon information and belief, Fox Sports 1, LLC is a wholly-owned
7    subsidiary of Fox Corporation.

8        10.   Defendant Fox Sports 2, LLC is a Delaware Limited Liability Company
9    with a principal place of business at 10201 West Pico Boulevard Los Angeles,
10   California. Upon information and belief, Fox Sports 2, LLC is a wholly-owned
11   subsidiary of Fox Corporation.

12       11.   Defendant Fox Sports Holdings, LLC is a Delaware Limited Liability
13   Company with a principal place of business at 10201 West Pico Boulevard Los
14   Angeles, California. Upon information and belief, Fox Sports Holdings, LLC is a
15   wholly-owned subsidiary of Fox Corporation.

16       12.   Defendant Fox Sports Productions, LLC is a Delaware Limited Liability
17   Company with a principal place of business at 10201 West Pico Boulevard Los
18   Angeles, California. Upon information and belief, Fox Sports Productions, LLC is a
19   wholly-owned subsidiary of Fox Corporation.

20       13.   Defendant Foxcorp Holdings, LLC is a Delaware Limited Liability
21   Company with a principal place of business at 10201 West Pico Boulevard Los
22   Angeles, California. Upon information and belief, Foxcorp Holdings, LLC is a
23   wholly-owned subsidiary of Fox Corporation.

24       14.   Defendant Fox Media, LLC is a Delaware Limited Liability Company
25   with a principal place of business at 10201 West Pico Boulevard Los Angeles,
26   California. Upon information and belief, Fox Media, LLC is a wholly-owned
27   subsidiary of Fox Corporation and is responsible for content maintained on
28   foxsports.com.

15. Defendant Fox Sports Interactive Media, LLC is a Delaware Limited Liability Company with a principal place of business at 10201 West Pico Boulevard Los Angeles, California. Upon information and belief, Fox Sports Interactive Media, LLC is a wholly-owned subsidiary of Fox Corporation and is responsible for content maintained on foxsports.com.

## JURISDICTION AND VENUE

9.16. This action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.* Accordingly, the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (action arising under an Act of Congress relating to trademark and copyright).

10.17.    Each Defendant is subject to personal jurisdiction in this Court based on continuous and systematic contacts within this judicial district.  In multiple documents filed with government entities, all Defendants except the Spring League, LLC state that their address is 10201 West Pico Boulevard Los Angeles, CA.  Fox is also the exclusive licensee of the marks at issue

11.18.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(a) as the Fox Defendants Fox Sports, Inc. and USFL Enterprises, LLC themselves claim to have their principal place of business in this district.

## FACTUAL BACKGROUND

A.    The USFL: 1982 – 1986

12.19.    Nearly four decades ago, a small group of investors launched a springtime professional football league called the "United States Football League" or "USFL."  For three seasons from 1983 through 1985, the USFL built a large and loyal fan base by providing an innovative and high-quality football product to millions of fans across the country.  Even before the league kicked off in March 1983, the USFL shocked the world when the New Jersey Generals signed three-time All American and Heisman Trophy winner Herschel Walker to the then-largest contract in the history of professional football.  This was just the beginning as over half of all USFL

McKool Smith Hennigan, P.C.
Los Angeles, CA

players played in the NFL,[1] and several USFL alumni went on to have Hall of Fame careers including Reggie White, Jim Kelly, Steve Young, Gary Zimmerman, George Allen, Marv Levy, Sid Gillman, Bill Polian, and 2022 inductee Sam Mills.  Other noteworthy alumni include Doug Flutie, Sean Landeta, Anthony Carter, Jim Mora, Steve Spurrier, Lee Corso, and many more.

~~13.~~20.     As detailed in an ESPN 30 for 30 documentary, countless articles, and multiple books, the USFL ceased play in 1986 following an ill-advised attempt to move its season to fall to compete head-to-head with the NFL and a pyrrhic antitrust suit against its larger rival.

~~14.~~21.     During its run, the USFL obtained registration in nearly 400 trademarks for the USFL name and logo, as well as the names and logos for 18 different teams.  Plaintiff, the Real USFL, is a company created by former USFL team owners and devisees to hold their interests in the USFL's intellectual property (the "Real USFL IP") and preserve the league's legacy.

**B.     The USFL: 1986 – Present**

~~15.~~22.     The legacy of the USFL lives on today, in part, due to Steve Ehrhart's contributions of on behalf of the League's original owners.  Mr. Ehrhart is currently Executive Director of the AutoZone Liberty Bowl, a respected college football bowl game that has been played annually for more than sixty years at Liberty Bowl Memorial Stadium in Memphis, Tennessee.  Mr. Ehrhart's storied career in sports also includes roles as president of Major League Baseball's Colorado Rockies, and more recently, he was a minority owner of the National Basketball ~~League's~~Association's Memphis Grizzlies.  Before all of that, however, Mr. Ehrhart served in the USFL League Office as Executive Director and later became President, General Manager, and part owner of the Memphis Showboats, one of the League's teams.

~~16.~~23.     In 1986, the USFL's owners elected Mr. Ehrhart to serve as the

---

[1] https://www.usflsite.com/nflplayers2.php.

McKool Smith Hennigan, P.C.
Los Angeles, CA

League's Chairman of the Executive Committee.  In this capacity, Mr. Ehrhart has collected the USFL's damages and attorneys' fee awards from the NFL and disbursed the attorneys' fee award as determined by the USFL owners.  Over the years, Mr. Ehrhart has also worked to preserve the USFL's legacy by, among other things, organizing league and team reunions, and authorizing and appearing in the 30 for 30 documentary.  Relevant here, Mr. Ehrhart has also entered into certain media licensing arrangements on behalf of the USFL for apparel, books, and other media.

**1.** *Apparel Licensing*

~~17.~~24.     For over 30 years, American Classics, Inc. ("American Classics") has established itself as a leading wholesaler of licensed entertainment apparel.  The company produces officially licensed t-shirts for household brand names like Warner Brothers, Sony, Universal Studios, and Disney.  Retailers can purchase American Classics' merchandise on the company's website www.americanclassicsonline.com, and consumers can find the company's t-shirts on the racks of big-box retailers such as Kohl's and Old Navy, among a number of other smaller retailers.

~~18.~~25.     In July 2011, Mr. Ehrhart, acting on behalf of the USFL, entered into a world-wide licensing agreement with American Classics to produce throwback t-shirts bearing the names and logos the USFL's teams (the "Apparel License").  The Apparel License provided that in exchange for a 12% royalty, American Classics would make its "best efforts to offer for sale" by September 30, 2011, apparel using the "names, logos, [and] images of the USFL and its member teams from 1983, 1984, and 1985" (the "USFL Apparel").

~~19.~~26.     On August 11, 2011, David Brown, American Classics' President, presented to Mr. Ehrhart for approval the proposed designs of 26 t-shirts bearing the USFL logo and/or the marks of each of the 18 USFL teams.  Mr. Ehrhart approved these designs, and by no later than October 24, 2011, American Classics listed the

McKool Smith Hennigan, P.C.
Los Angeles, CA

USFL among the brands it licensed on its website.[2]  USFL Apparel was available to
retailers on American Classics' website by no later than November 19, 2011.[3]

20.27.      The USFL Apparel was marketed to consumers no later than
November 4, 2011:[4]



_____

[2]
https://web.archive.org/web/20111024180854/http://americanclassicsonline.com:80/.
[3]
https://web.archive.org/web/20111119150938/http://americanclassicsonline.com/home.php? Cat =154
[4]      https://web.archive.org/web/20111104072343/http://slingshottshirts.com/pop-culture-t-shirts/usfl -t-shirts.html#expand. Slingshot T-Shirts was once a retail partner
of American Classics.

McKool Smith Hennigan, P.C.
Los Angeles, CA

21.28.        Royalty statements issued by American Classics indicate that in the fourth quarter of 2011, American Classics sold more than 75 units of the USFL Apparel. Demand for the USFL Apparel has remained steady since and American Classics has made regular quarterly royalty payments to "the United States Football League c/o Steve Ehrhart" every quarter through fourth quarter 2021.  Mr. Ehrhart has deposited each and every check and has not made a single withdrawal from the account.

29.  The fact that (i) the American Classics USFL apparel was sold as "licensed" by the USFL, (ii) the well-known USFL marks were used, and (iii) other factors were all likely to give the overall commercial impression that the use of the team marks were source identifying.

**2.    *Reunions***

Mr. Ehrhart and other members of the Real USFL have also organized and authorized several USFL league and team reunions using the marks.  For example, in 2007, Mr. Ehrhart organized a 25th anniversary reunion for the Memphis Showboats and the original USFL.  Jerry Argovitz, owner of the Houston Gamblers, authorized team reunions in 2010, 2015, 2019, featuring among other things, public autograph signings by players including the team's former quarterback and Hall of Fame inductee Jim Kelly.  All of these reunions received substantial newspaper and radio press coverage.

**2.3.    *Book Licensing***

Paul Reeths, an author, avid USFL fan, and sports historian,[5] first contacted Mr. Ehrhart in July 2009 to discuss authorization to use the USFL league and team marks in an anticipated book providing a definitive and authorized history of the USFL.  Over the ensuring years, Mr. Reeths and Mr. Ehrhart held several discussions

---

[5] Mr. Reeths is the founder of OurSports Central (https://www.oursportscentral.com/), the internet's largest resource of minor league sports news, along with the original USFL website https://www.usflsite.com/.

COMPLAINT

Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt

on the contents of the book, each chapter of which was sent to Mr. Ehrhart for approval. On July 6, 2016, prior to publication, Mr. Ehrhart provided to Mr. Reeths a written release to use the USFL league and team logo. Mr. Reeth's book, *The United States Football League, 1982-1986*, was published by McFarland & Company on April 3, 2017.

~~3.~~4.    *Film Licensing*

~~22.~~30.    Mr. Ehrhart has also licensed the USFL marks for use in two separate films documenting the history of the League and its most successful team, two-time USFL Champion Philadelphia and Baltimore Stars.

~~23.~~31.    Ken Dunek played all three USFL seasons with the Stars as a starting tight end. His accomplishments in the League are recognized today in the Pro Football Hall of Fame where his jersey hangs next to the USFL Championship Trophy.



McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA



24.32.   Today, Mr. Dunek is both a successful businessman and filmmaker.  In late 2006, Mr. Dunek contacted the Stars' former owner and then-Kansas City Chiefs President, Carl Peterson, regarding a planned film named "Field Mouse," a documentary detailing the life and career of Mr. Dunek's former Stars teammate, Hall of Fame Linebacker Sam Mills.  Mr. Peterson suggested to Mr. Dunek that prior to pursuing the film, he should request the rights to use the USFL league and team marks from Mr. Ehrhart.

25.33.   Mr. Dunek made initial contact with Mr. Ehrhart in October 2006 regarding his plans for the film and a potential license for the USFL marks.  The two stayed in contact regarding the status of the project, and on April 21, 2008, Mr. Ehrhart executed a written release granting Mr. Dunek "the rights to use the USFL name, logo, likeness, and game footage video" for the film.

26.34.   Mr. Dunek and his team continue to pursue the project today and have made substantial progress to those ends, including securing name and likeness rights for Mr. Mills, obtaining substantial financing, finalizing the screenplay, and marketing the film to production studios across the country. On March 7, 2011, The

McKool Smith Hennigan, P.C.
Los Angeles, CA

Philadelphia Inquirer published an article detailing Mr. Dunek's plans for Field Mouse.[6]

~~27.~~35.     In July 2010, Mr. Dunek again contacted Mr. Ehrhart regarding a separate film project involving the Stars.  This project, named "The Team that Time Forgot," once had a website for the film, and an archive version of which shows that the website contained links to multiple relevant articles and blog posts, including a July 22, 2010, article in The Philadelphia Inquirer discussing the film.[7]  The website also contained the film's trailer, a copy of which can still be found on the video hosting service, Vimeo.[8]  The film also has Facebook fan page with more than 400 followers and hundreds of posts between July 2010 and January 2014.  Mr. Dunek and his team have secured ~~significant~~mid six-figure financing for the film, and have marketed it to major studios including Sony, DreamWorks, and ESPN.  Plans to produce the film are ongoing.

**C.   Fox's Claimed USFL Marks**

36.   ~~On March 24, 2011,~~ In 2010, Jaime Cuadra was the chief financial officer of Oceanic Enterprises, Inc. ("Oceanic Enterprises"), a California seafood company. He was also President and CEO of an entity named "United States Football League~~,~~ LLC ~~(the "2011 USFL")[9] filed an application~~" ("Cuadra's League").  In 2013, federal prosecutors discovered that Cuadra was using his position as CFO of Oceanic Enterprises to embezzle money to cover expenses associated with Cuadra's League.[10]

---

[6]   ~~https://www.inquirer.com/philly/sports/eagles/20110307_Stan_Hochman_Dunek_wants_to_make_stars_of_the_Stars.html.~~ https://www.inquirer.com/philly/sports/eagles/20110307_Stan_Hochman_Dunek_wants_to_make_stars_of_the_Stars.html.

[7]   ~~https://www.inquirer.com/philly/blogs/inq-phillydeals/Philadelphias_football_Stars_in_movie_project.html.~~ https://www.inquirer.com/philly/blogs/inq-phillydeals/Philadelphias_football_Star s_in_movie_project.html.

[8]   ~~https://vimeo.com/14377648~~; https://vimeo.com/20390950.

[9]   ~~The "2011 USFL" has no connection to the USFL or the Real USFL.~~

[10]  Dkt. No. 1, Case No. 3:13-cr-02298-H, United States District Court for the Southern District of California.

McKool Smith Hennigan, P.C.
Los Angeles, CA

He subsequently pled guilty to federal wire fraud and tax charges and was sentenced to 41 months in prison.[11]  Before that however, Caudra registered the trademarks Fox relies upon today.

28.   On March 24, 2011, Cuadra's League[12] filed two applications with the United States Patent and Trademark Office ("USPTO") for a standard character trademark registration of the term "USFL."  The USPTO registered this markthe marks on June 26, 2012, as Reg. No. 4165542, and September 8, 2015, as Reg. No. which states that the "2011 USFL" first used the mark in commerce on December 31, 2011.

37. 4808689.  From September 2011 to August 2014, the "2011 USFL"Caudra League filed registration applications for more "USFL" marks, some of which the USPTO granted.  The specimens for some of these marks (collectively, with Reg. No. 4165542, Reg. No. 4808689, "Cuadra's USFL Marks").  Unsurprisingly, the Cuadra USFL Marks are fraudulent.

38.   Indeed, USPTO records show that they were always intended to capture the good will of the USFL.  For example, the specimen for Reg. in order to generate investment, Cuadra suggested to investors and the USPTO that Cuadra's League *was* the original USFL with statement such as "[Cuadra's League] has done it before," (*i.e.*, had been an operating league) with "Hall of Fame players and coaches":[13]



---

[11] *Id.* at Dkt. No. 28.
[12] Cuadra and Cuadra's League have no affiliation with the USFL or the Real USFL.
[13] Mar. 24, 2011, Specimen to Reg. No. 4808689.

McKool Smith Hennigan, P.C.
Los Angeles, CA

Other presentations submitted to the USPTO said Cuadra' League would~~No. 1808689 details the "2011 USFL's" plans to~~ "utilize [the USFL's] historical legacy to bring quick brand identity to football fans.""."[14] ~~even though~~



Despite its representations, Cuadra's League unquestionably lacked any experience running the ~~"2011~~ USFL"~~,~~ was completely unrelated to the USFL's "historical legacy," and certainly had no ~~right to use the Real USFL's IP and no connection to Hall of Fame players or coaches.~~

~~29.~~39.    A website for the Cuadra' League shared ~~share~~ similar sentiments. In an FAQ listed on Cuadra's League's ~~original owners~~ website, Cuadra's League[15] claimed to have "retained" the USFL name because "[t]he USFL has established brand equity and, in its brief, colorful history, made an impact on the football landscape."  And, for this reason, "[t]here was a foundation established on which to build future success" for Cuadra's League.[16] Notably, Cuadra's League's website also makes clear that the company did not possess trademark or any other rights to the USFL team names.[17]

---

[14] ~~Reg.,~~ May 16, 2012~~No. 1808689,~~ Response to Office Action for Reg. No. ~~, May 16, 2012 at 13.~~4808689,

[15] The website states that EndZone Sports Management, another entity in which Cuadra served as CEO, "purchased the moniker for the USFL as well as the trademark," which purportedly gave it "the exclusive right to do business as the USFL." https://web.archive.org/web/20130307003731/http://www.theusfl. net/faq. php.

[16] https://web.archive.org/web/20130307003731/http://www.theusfl. net/faq.php.

[17] *Id.*

Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt

40. Cuadra's League's stated first use of the Cuadra USFL Marks in commerce is also fraudulent. Reg. No. 4165542 indicates a first use in commerce of December 31, 2011, but aside from self-serving affidavits filed at the USPTO, there is virtually no evidence of the use. In fact, every archived version of Cuadra's League's "USFL Store" (from 2013) shows that it was "temporarily closed for maintenance."[18]

41. Had Cuadra's League told the USPTO the truth, it never would have registered his marks. For example, had Cuadra's League told the USPTO that its league had no association with the original USFL, but planned to tell the public that his was the original USFL, the USPTO would have rejected his application under multiple statutory grounds, including 15 U.S.C. § 1064. As another example, had Cuadra's League told the USPTO that it was not continuously selling its goods, it would have rejected the League's Section 8 and Section 15 affidavits.

~~30.~~42. On January 31, 2021, the ~~"2011 USFL"~~Cuadra's League assigned its entire interest and "goodwill" in its registrations to World Record Headquarters, Inc. ("WRH"). The assignment to WRH was recorded with the USPTO on February 2, 2021.

~~31.~~43. Starting in January 2021, WRH itself filed several standard character trademark applications requesting registration for marks in "United States Football League" and thirteen of the USFL's original team names.

~~32.~~44. On April 1, 2021, WRH assigned its entire interest in its marks (including those acquired from ~~the "2011 USFL")~~Cuadra's League) to The Spring League, LLC ("TSL"). The assignment to TSL was recorded with the USPTO on April 12, 2021.

~~33.~~45. From March 2019 through January 2021, TSL submitted a number of additional applications seeking registration for, among other things, marks

McKool Smith Hennigan, P.C.
Los Angeles, CA

---

[18] *See* https://web.archive.org/web/20130304005720/http://www.theusfl.net/store/store_closed. html.

14

identical (or nearly identical) to the Real USFL IP.  The USPTO has yet to grant

registration to any of TSL's applications.

34.46.    Beginning in October 2021, another entity named NSFL

Enterprises Co., LLC ("NSFL") submitted several registration applications seeking

for marks identical (or nearly identical) to the Real USFL IP.  The USPTO has yet to

grant registration to any of NSFL's applications.

35.47.    On December 6, 2021, NSFL assigned its entire interest in its

marks to Defendant USFL Enterprises, LLC.  The assignment to USFL Enterprises,

LLC was recorded with the USPTO on January 4, 2022.

36.48.    Through the TSL and USFL Enterprises, LLC registrations

(including the "2011 Cuadra USFL" Marks and WRH registrations), Fox purports to

be the owner of 175 federal trademark registrations that are identical or confusingly

similar to the Real USFL IP.

**D.    Fox Uses TSL's Marks to Launch the Fox League**

37.49.    On June 3, 2021, in a transparent attempt to benefit from decades

worth of brand and public perception, Fox issued a press release (the "Press Release")

announcing Fox's plans "to bring back" "the United States Football League" (the

"Fox League"):[19]

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

---

[19] https://web.archive.org/web/20210603133652/https://www.foxsports.com/presspass/latest-news/2021/06/03/united-states-football-league-returns-2022 (highlighting added).
https://web.archive.org/web/20210603133652/https://www.foxsports.com/press
pass/latest-news/2021/06/03/united-states-football-league-returns-2022
(highlighting added).

Formatted: Font: 14 pt

Formatted: Font: 14 pt

**Thursday, June 3, 2021**

# The United States Football League Returns in 2022

**FOX Sports to Serve as Official Broadcast Partner for the USFL**

**Los Angeles** – Today, the United States Football League (USFL) announced that the league will officially return in the spring of 2022.

Initially launched in 1983, the USFL originally was an upstart spring football league consisting of 12 teams which featured some of the most exciting and recognizable young football stars in the country. When relaunched next year, new USFL retains rights to key original team names.

The league will target a minimum of eight teams and deliver high-quality, innovative professional football to fans throughout the spring season.

"I'm extremely passionate about football and the opportunity to work with FOX Sports and to bring back the USFL in 2022 was an endeavor worth pursuing," said **Brian Woods**, co-founder of the new USFL and founder and CEO of The Spring League (TSL). "We look forward to providing players a new opportunity to compete in a professional football league and giving fans everywhere the best football viewing product possible during what is typically a period devoid of professional football."

FOX Sports will serve as the official broadcast partner for the USFL. FOX Sports also owns a minority equity stake in the company that owns the USFL.

"The relaunch of the USFL is a landmark day for football fans and FOX Sports," said **Eric Shanks**, CEO and Executive Producer, FOX Sports. "Football is in our DNA and the return of this innovative and iconic league is a fantastic addition to our robust slate of football programming."

At least 600 separate news outlets circulated the Press Release across the country.

~~38.~~50.      The Press Release was not Fox's only June 3, 2021, promotion of the counterfeit league.  In a tweet posted on two verified Fox Sports Twitter pages, Fox again falsely announced that "The USFL is back! Catch all the action next year on FOX Sports." [20]  Embedded in the tweet is a video of "@USFLOfficial legendary

---

[20] ~~https://twitter.com/FOXSports/status/1400436507559620610?s=20&t=Go6oxmS9n7Iu1wmt6Rwzlw; https://twitter.com/FOXSportsPR/status/1400437750688456720?s=20&t=6k6Vgco03z3 jbn QWwYM-tg.~~
https://twitter.com/FOXSports/status/1400436507559620610?s=20&t=Go6oxmS9n7Iu1wmt6Rwzlw;  https://twitter.com/FOXSportsPR/status/1400437750688456720?s=20&t=6k6Vgco03z3 jbn QWwYM-tg.

16

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

Formatted: Font: 14 pt

Formatted: Font: 14 pt

McKool Smith Hennigan, P.C.
Los Angeles, CA

QB @DougFlutie," a former Heisman Trophy winner who played his professional rookie season with the USFL's New Jersey Generals.



39.51.    Mr. Flutie—who can be seen wearing a hat bearing the USFL Generals logo—opens the video stating "the USFL is back! See you in 2022!"  He continues on to reminisce about "our days back in the USFL," naming Reggie White, Jim Kelly, Steve Young, and Herschel Walker among former players in the league. As Mr. Flutie names each of these individuals, the video displays photographs of the players wearing Real USFL jerseys and/or playing in USFL games:



~~The promotional~~Mr. Flutie continues to note that "we had 15 guys that played in the USFL that played in the NFL Pro Bowl the following year."

52.   Despite the memories Mr. Flutie invokes in Fox's promotional video, the USFL and the noteworthy players he describes have absolutely nothing to do with Fox's counterfeit league Fox paid him to promote. Fox's statements are false, because its league is not a "return" of the USFL and the USFL is not "back." Fox's league is a completely new league that has nothing to do with the original USFL. An ordinary consumer is likely to understand Fox's statements to mean that its league is endorsed, authorized, or otherwise connected with the original league.

~~40.~~53.   The Flutie video posted to Twitter also features Fox's League's "redesigned" USFL logo, displayed below next to the logo of the authentic USFL:

**1980s**            **2022**



Notwithstanding this new logo, on October 21, 2021, Fox filed an application for

McKool Smith Hennigan, P.C.
Los Angeles, CA

registration of the original USFL mark.  *See* Serial No. 97071284.

41.54.     Several months after its initial announcements, on November 22, 2021, Fox announced that Fox's League would in fact be using eight of the USFL's team names team logos that were either essentially identical or confusingly similar to the original USFL logos. The Fox Sports commentator making the announcement, expressly drew a connection between Fox's League and the USFL's teams, saying "[s]ome of these [team] names may be ***familiar*** to you."[21] He even invoked the history of the original USFL by referencing Donald Trump's ownership of a 1980s USFL franchise. A Fox News article further claimed that Fox had "retained the rights to all of the previous USFL franchises from the mid-1980s" to capitalize on "nostalgia" for the original league. In connection with this announcement, Fox began marketing its own USFL and team branded merchandise using USFL IP.

42.55.     The similarity between Fox USFL's team logos and the original USFL team logos is also unquestionable, displayed side-by-side below for comparison:

**1980s**          **2022**[22]

 

**E.     The Original USFL Owners Push Back.**

43.56.     The same day Fox announced its new league, Mr. Ehrhart sought

---

[21] https://twitter.com/theherd/status/1462859577070796801?lang=en.
[22] https://twitter.com/USFL/status/1464285878839222272.

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

1  to set the record straight.  In an article published in The Philadelphia Inquirer, Mr.

2  Ehrhart is quoted as stating:[23]

3      I was surprised when I heard about it this morning. . . . I want to dig into it

4      and see who they're claiming they acquired these rights [to the name] from.

5      Because it didn't come from our legitimate source. . . . My guess is there's

6      some knucklehead out there who claimed he had registered the name and

7      had the rights to it. We're not being antagonistic. But if they want to do

8      this, they should do it the right way and talk to the actual people, not some

9      guy who sent in an internet registration or something like that.

10  Mr. Ehrhart also makes clear that the USFL marks had "been in continuous use for

11  nearly 40 years."

12      44.57.      When pressed for comment, Fox spokesperson Anne Pennington

13  confidently stated "We stand by what was in the [P]ress [R]elease."

14      45.58.      Within a few days of the Fox announcement, Mr. Ehrhart called

15  Larry Jones, Executive Vice President of Fox Sports, to inform him that the USFL

16  was still operating and that the League had been selling merchandise and receiving

17  royalties every quarter for over a decade.  In July 2021, Mr. Ehrhart and Mr. Jones

18  discussed the issue in person in Dallas, Texas.  Despite Mr. Ehrhart's efforts to reach

19  a resolution at this meeting, Mr. Jones informed Mr. Ehrhart that Fox had no intention

20  of discussing the issue further.

21      46.59.      Fox's failure to act led Bert Deixler, former attorney for the USFL,

22  to send a letter on behalf of a group of the USFL's owners, executives, and leaders to

23  Brian Woods notifying him that Fox's League was misappropriating the name,

24  tradenames, and trademarks of the USFL and its constituent teams.  Mr. Deixler

25  requested that Mr. Woods promptly provide the basis for claiming that he was

26  authorized to "relaunch" the League.

27

28  [23] ~~https://www.inquirer.com/eagles/usfl-fox-philadelphia-stars-spring-20210603.html.~~
    https://www.inquirer.com/eagles/usfl-fox-philadelphia-stars-spring-20210603.htm l.

Formatted: Font: 14 pt
Formatted: Font: 14 pt

1   47.60.   On September 21, 2021, lawyers for Mr. Woods responded that the
2   original USFL had been defunct for over thirty years and had abandoned its
3   trademarks.  It also requested information regarding the team owners' rights in any
4   teams and intellectual property rights.  Mr. Deixler later emailed the lawyers for Mr.
5   Woods and indicated he would like to discuss Fox's purported re-launch of the USFL.
6   48.61.   At some point following Mr. Deixler's email to Mr. Woods—but
7   no sooner than October 20, 2021—Fox Sports altered the Press Release to remove
8   references to a "relaunch" of the USFL and the League's history.

## The New United States Football League Kicks Off in 2022

**FOX Sports to Serve as Official Broadcast Partner for the USFL**

**Los Angeles** – Today, the new United States Football League (USFL) announced that the league will officially kick off in the spring of 2022.

The league will target a minimum of eight teams and deliver high-quality, innovative professional football to fans throughout the spring season.

"I'm extremely passionate about football and the opportunity to work with FOX Sports and to launch the new USFL in 2022," said **Brian Woods**, co-founder of the new USFL and founder and CEO of The Spring League (TSL). "We look forward to providing players a new opportunity to compete in a professional football league and giving fans everywhere the best football viewing product possible during what is typically a period devoid of professional football."

FOX Sports will serve as the official broadcast partner for the USFL. FOX Sports also owns an equity stake in the company that owns the USFL.

Although the new USFL owns the USFL trademark and various team names, including the team names that were abandoned after the 1980s USFL league shut down, the new USFL is not associated or affiliated with that league or its owners.

24   49.62.   Despite Fox Sports efforts to alter the Press Release, Fox Sports
25   failed to update the URL, which continues to indicate a planned "return[]" of the
26   USFL.

McKool Smith Hennigan, P.C.
Los Angeles, CA

21

F.   Fox Sports Intimidates American Classics

**F.   Fox's Actions Directly Harm the Real USFL's Business**

50.63.   Just two days before Christmas 2021, outside counsel for Fox—David Bernstein of Debevoise & Plimpton—sent a cease and desist letter to American Classics demanding that it "immediately discontinue all sale of" the USFL Apparel and "recall all products that have been distributed to retailers." Mr. Bernstein set a deadline for American Classics to fully comply with the demands of 8-days—*i.e., the week between the Christmas and New Year's holidays and in the midst of the Omicron COVID surge*—and threatened "to take all necessary action to prevent" American Classics' so-called "unlawful conduct." American Classics informed Fox's attorney of the licenses signed by Mr. Ehrhart and provided him records of its royalty payments, but agreed to stop selling the USFL Apparel to avoid litigation. Despite agreeing to stop selling the merchandise, Mr. Brown expressly reserved all of his legal rights.

64.   Fox's illegal actions did not just impact the Real USFL's existing contract. In the months following Mr. Bernstein's threats to American Classics, the Real USFL has sought additional license agreements but has been rejected *expressly because of Fox's false claim to ownership of USFL marks*. As conceded by Fox's counsel, fans desire licensed apparel, and calling a product "officially licensed" is "highly likely to deceive consumers into believing that they are purchasing merchandise that is officially licensed from" the trademark owner." For this reason, new potential licensees are reluctant to deal with the Real USFL as opposed to Fox who claims to be the owner of the USFL's marks.

65.   As a result of Fox's actions, purchasers will buy from Fox instead of the Real USFL's licensee, because Fox's merchandise purports to be officially licensed and consumers prefer licensed goods. Fans will also buy from Fox, instead of the Real USFL, because as a result of Fox's false claims, the fans believe that Fox is associated with, is endorsed by, or is the original USFL. Fox has no such association or

McKool Smith Hennigan, P.C.
Los Angeles, CA

1  endorsement and is not the original USFL.

2  66.   Fox's deception is exacerbated because its USFL merchandise does not

3  distinguish between its supposedly "new" league and the original USFL. A purchaser

4  looking at Fox's website and goods would have no indication that Fox is unconnected

5  with the original USFL.[24]

6  **G.   Fox's and NBC's Repeated Misrepresentations Cause Actual Confusion in**

7  **the Media and Among Consumers**

8  67.   A Fox News article further claimed that Fox had "retained the rights to

9  all of the previous USFL franchises from the mid-1980s" to capitalize on "nostalgia"

10  for the original league. This statement was false because Fox had no connection with

11  the USFL franchises from the mid-1980s.[25]

12  ~~51.~~68.        Notwithstanding Fox's covert changes to the Press Release, both

13  Fox and its broadcast partner, NBC, have continued to misrepresent that Fox's League

14  and its teams have any association with the USFL or its teams:

15  ***November 18, 2021, Ryan Gaydos, Fox News:***[26]

16  "The reboot of the league was initially announced in June. The original

17  USFL launched in 1983 as a spring league and ran until 1985. The league

18  was shut down before the 1986 season started, and some of its biggest stars

19  – Herschel Walker, Doug Flutie, Steve Young, Reggie White, Jim Kelly

20  and Gary Zimmerman – left for the NFL. This time around, the FOX

21  Sports-owned league vows to deliver high-quality professional football

22  when the NFL heads into its offseason."

23  ***November 22, 2021, Fox 29 Philadelphia:***[27]

24  "The  most  successful  franchise  in  USFL  history  is  returning  to

25  _____

26  [24] https://shopusfl.com/
    [25] https://www.foxnews.com/sports/usfl-8-teams-nostalgia-football-fans

27  [26] https://www.foxnews.com/sports/usfl-what-you-need-to-know.
    [27]    https://www.fox29.com/sports/philadelphia-stars-returning-as-usfl-launches-in-

28  april-2022.

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

1   Philadelphia!"

2   ***November 22, 2021, Steve Crocker and Drew Dover, Fox 6 Birmingham:***[28]

3       "Birmingham, Tampa and Philadelphia are the only cities in the new

4   version of the USFL that were represented at the birth of the original league

5   that played from 1983 to 1985, folding under hundreds of millions of

6   dollars in losses. The Stallions had strong fan support and fielded a team

7   that included running back Joe Cribbs, quarterback Cliff Stoudt, and kicker

8   Scott Norwood, all of whom would move on to the NFL after the league's

9   demise."

10   ***January 6, 2022, Martin Rogers, Fox Sports:***[29]

11       "The USFL, which operated on a spring/summer schedule between 1983

12   and '85, will try to do a few things upon its reincarnation. While the

13   majority of the rules will come from the NFL model, there will

14   undoubtedly be innovation, essentially a prerequisite for spring football

15   upstart operations that hope to make an impact. But more than anything

16   else, the best thing about the USFL is that it will provide football at a time

17   when there is perhaps more hunger for it than ever before."

18   ***January 19, 2022, Mike Florio, NBC Sports:***[30]

19       "The eight teams of the rebooted USFL will carry the names of the original

20   octet of franchises from 1983. Only one of them will be geographically

21   accurate."

22   ***January 25, 2022, Chris Williams, Fox 13 Tampa Bay:***[31]

23

24   _____

25   [28] https://www.wtvy.com/2021/11/22/birmingham-stallions-usfl-return-april-2022/.
     [29]   https://www.foxsports.com/stories/usfl/usfl-will-be-welcome-addition-to-spring-
26   sports-calendar.
     [30]   https://profootballtalk.nbcsports.com/2022/01/19/usfl-will-play-all-2022-games-
27   in-birmingham.
     [31]   https://www.fox13news.com/sports/usfl-2022-birmingham-to-host-all-football-
28   games-in-inaugu ral-season.

Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt
Formatted: Font: 14 pt

McKool Smith Hennigan, P.C.
Los Angeles, CA

1  "The reborn United States Football League announced Birmingham,

2  Alabama, will host all games during its inaugural season this year."

3  ***February 18, 2022, Reuben Frank, NBC Sports Philadelphia:***[32]

4  "The new USFL has no formal connection with the old USFL. The new

5  league's press releases make that clear: 'The United States Football

6  League is a new, independent football league . . . and it is not associated

7  or affiliated with the USFL of the 1980s or its owners.' Still . . . when you

8  call your league the USFL and you name a team the Philadelphia Stars, it

9  immediately conjures up memories of spring-time football at the Vet in the

10  1980s. The original USFL only existed for three seasons – 1983 through

11  1985 – but for Eagles fans starving for competitive football during a

12  miserable period for the Eagles, it was a fun alternative. The Stars were

13  really good."

14  ***February 18, 2022, Dan Roche, NBC Sports Philadelphia:***[33]

15  "In case you hadn't heard, a new-old football league is getting a re-boot in

16  2022. The USFL, which back in the 1980s tried unsuccessfully to compete

17  with the NFL and lasted just three seasons, is now back. While there's no

18  legal connection between USFL-then and USFL-now, the eight teams in

19  the current version have identical names and locations to eight of the teams

20  that played nearly 40 years ago, including the Philadelphia Stars. . . . These

21  [Fox USFL Stars] uniforms harken back memories of the short-lived

22  original Stars. Chuck Fusina, Scott Fitzkee, Brad and Bart Oates, Kelvin

23  Bryant, and Pro Football Hall of Fame linebacker Sam Mills. And I can't

24  wait."

25  
26  [32]  ~~https://www.yahoo.com/video/9-memories-original-usfl-philadelphia-140018130.html.~~
    https://www.yahoo.com/video/9-memories-original-usfl-philadelphia-140018130.
27  html.
    [33]  https://www.nbcphiladelphia.com/news/sports/nbcsports/usfl-philly-stars-unveil-
28  their-2022-uni forms/3150746/.

**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt

McKool Smith Hennigan, P.C.
Los Angeles, CA

52.69.    Fox's (and perhaps NBC's) misstatements and misrepresentations have caused nearly uniform confusion among major third-party media outlets.  For instance:

***June 7, 2021, Ben Kercheval, CBS Sports:***[34]

"The United States Football League announced on June 3 that it would revive the once-popular competitor to the NFL in the spring of 2022, nearly 40 years after its initial launch in 1983 and 36 years after it folded in 1986."

***November 22, 2021, Jeff Kerr, CBS Sports:***[35]

"The United States Football League is prepared to give spring football another try, and on Monday the eight teams that will open its first season in the spring of 2022 were revealed on Fox Sports. The league chose eight franchises that were also in the original USFL, which ran from 1983 to 1986, and retained rights to key original team names."

***January 25, 2022, Coach Duggs, Barstool Sports:***[36]

"This first season will feature 8 teams, all reclaiming the identities of former USFL teams. Until the Jacksonville Bulls return, I'll be cheering on the New Jersey Generals. Who are you rooting for?"

***January 25, 2022, Brian Steinberg, Variety:***[37]

"Longtime sports fans may recall an era when teams like the Generals, Memphis Showboats and Houston Gamblers took to the field for three seasons between 1983 and 1985. Herschel Walker and Doug Flutie were among some of the USFL's standouts and Donald Trump was a part owner

---

[34] https://www.cbssports.com/nfl/news/usfl-2022-can-the-revived-league-avoid-the-mistakes-the-xfl-and-aaf-both-made/.
[35] https://www.cbssports.com/nfl/news/usfl-reveals-its-eight-franchises-for-2022-reboot-ranking-nicknames-from-best-to-worst/.
[36] https://www.barstoolsports.com/blog/3403329/the-usfl-will-play-its-first-season-in-alabama.
[37] https://variety.com/2022/tv/news/usfl-fox-nbc-sports-simulcast-1235162907/.

McKool Smith Hennigan, P.C.
Los Angeles, CA

of the New York team. . . . The USFL will launch with eight teams split into two divisions playing in one location. In addition to the Stallions, Houston Gamblers, New Orleans Breakers, and Tampa Bay Bandits in the South Division, the North Division features the Michigan Panthers, Pittsburgh Maulers, Generals, and Philadelphia Stars."

*January 28, 2022, Mike Organ, Nashville Tennessean, Yahoo! News:*[38]

"The USFL was founded in 1982 as a spring league and the Michigan Panthers were one of the top teams in the league. The USFL ceased operations in 1986.  In November the USFL announced it would return in April."

*February 10, 2022, Kevin Lewis, ABC Action News Tampa Bay:*[39]

"The first version of the USFL played three seasons from 1983 through 1985. It was an exciting spring alternative to the NFL, and it included some of the best talent in football history. . . . But, this year, the USFL is making a comeback. The new version is not affiliated with the original except for branding and mascot rights."

*February 17, 2022, Bryan DeArdo, CBS Sports:*[40]

"The USFL is back after playing three seasons from 1983-85. Financial challenges and an unsuccessful attempt to move the league from the spring to the fall largely contributed to the league's short existence. Along with implementing several innovations (such as instant replay and two-point conversions), the USFL produced several future prominent NFL figures that included future Bills coach Marv Levy, quarterbacks Steve Young and Jim Kelly, running back Herschel Walker, pass rusher Reggie White,

---

[38] https://news.yahoo.com/former-tennessee-titans-coach-jeff-191906394.html.
[39] https://www.abcactionnews.com/sports/tampa-bay-bandits-return-with-new-usfl.
[40] https://www.cbssports.com/nfl/news/usfl-reveals-official-order-for-inaugural-player-draft-forme r-nfl-coach-jeff-fishers-team-has-first-pick/.

linebacker Sam Mills, and offensive lineman Gary Zimmerman, among

others."

***February 19, 2022, Joe Hoefling, Deadspin:***[41]

"If you're like me, looking for anything football-related to fill the void that

the end of the NFL season left in your soul, then you were probably

jumping for joy when the USFL revealed their uniforms for their first

season since 1985."

---

[41] https://deadspin.com/style-over-substance-ranking-every-usfl-team-based-on-1848568129.

**Formatted:** Font: 14 pt

**Formatted:** Font: 14 pt

**Formatted:** Font: 14 pt

**Formatted:** Font: 14 pt

**Formatted:** Font: 14 pt

McKool Smith Hennigan, P.C.
Los Angeles, CA

53.70.    The consensus reaction to Fox's announcements was one of universal excitement, not about a *new* football league, but about the *return* of what Fox heralded as the *original* USFL—just as Fox announced.  Indeed, countless fans posted to social media expressing their desire to root for a team they knew from childhood.



Unfortunately for these fans and the tens of thousands like them, Fox has deceived them.  The teams, players, and gear they cherish are unrelated to Fox's counterfeit product.

McKool Smith Hennigan, P.C.
Los Angeles, CA

54.71.      In yet another attempt to improperly profit off the legacy USFL, on
December 17, 2021, Fox announced—***less than 30 days after the team names were
announced***—that its "league and team accounts have already accumulated 100,000
fans across social media."



### H.   Fox Executives Continue to Promote the Fox USFL as a "Relaunch"

55.72.      Notwithstanding Fox's PR team's clandestine corrections to the
Press Release, Fox executives continue to gush over the prospect of ~~relaunching the~~
~~nostalgic USFL brand.~~tricking fans into thinking that it was the original USFL or was
connected with the original USFL.   For example, on February 8, 2022, Edward
Hartman, Fox's Senior Vice President of Digital Partnerships and Wagering and is
now also serving as Executive Vice President of Fox USFL made an appearance on

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

1  Fox video podcast OutKick 360.  When asked about the importance of connecting the
2  team to their intended local market despite the fact that the all of Fox's League's 2022
3  games will be played in Birmingham, Alabama,[42] Mr. Hartman responded:[43]

4    That's a great question, Paul. It's something that we're laser-focused on. I
5    think, part of the brilliance of Eric Shanks [(Fox Sports' CEO and
6    Executive Producer)] and Brian Woods acquiring the USFL IP was that
7    there is incredible nostalgic equity value in those marks. You know the
8    amount of folks to come of the woodwork on social and elsewhere who
9    went to USFL games 30 years ago and now want to take their kids 30 years
10   later has been quite incredible. You're seeing it in the massive social
11   following we've been able to amass in a short period of time. And so we
12   think we've got, you know, a big tailwind given that IP has so much equity
13   value in it.

14   ~~56.~~73.  Fox's League President, Brian Woods, has likewise made a number
15 of comments to the media in recent weeks attributing the anticipated success of the
16 Fox USFL to the legacy brand:

17 ***February 7, 2022, Interview with Detroit News:***[44]

18   "What we found after we made our initial announcement and as we continue to
19   make announcements, there is a fan base out there. Fans are pulling out their old
20   memorabilia, whether it be game programs or ticket stubs. . . . These teams were
21   once in those markets. There's certainly a connection. . . . [It's like] we're
22   starting on second base. This is a known brand."

23 ***February 10, 2022, Interview with CBS 2 Pittsburg:***[45]

24   "Pittsburgh is definitely an area that country that is has always shown to be

---

[42] https://www.foxsports.com/stories/usfl/usfl-everything-you-need-to-know,
[43] https://youtu.be/rh-ah2S58EQ?t=2068,
[44] https://www.detroitnews.com/story/sports/other/2022/02/07/michigan-panthers-nostalgia-among -keys-usfl-survival/6691921001/,
[45] https://pittsburgh.cbslocal.com/2022/02/10/interview-with-usfl-president-brian-woods/,

1   supportive of professional football, the Maulers were very unique and important

2   brand of the USFL. . . . I think you can make a strong argument that had the

3   USFL stayed in the spring, just the first iteration of the USFL I speak of back in

4   the 1980s. Had they continued to operate in the spring, they might still be here

5   today."

6   74.   These statements prove the deceptive nature of Fox's advertising and use

7   of USFL IP, because Fox's executives admit that fans connect Fox's league with the

8   original, in spite of the absence of any actual connection.

9   **I.     The Real USFL Steps In**

10  ~~57.~~75.     After being contacted numerous times by members of the public

11  confused by Fox's actions, and fearing that Fox's deception would damage their

12  personal reputation and the legacy of the USFL that they created, numerous former

13  owners and executives of the League formed the Real USFL to hold and enforce their

14  rights.  These individuals have each assigned all relevant rights to the Real USFL.

15  Assignors include the former owners or their heirs of the Birmingham Stallions,

16  Philadelphia/Baltimore Stars, Michigan Panthers, Houston Gamblers, New Orleans

17  Breakers, Jacksonville Bulls, Oklahoma/Arizona Outlaws, Tampa Bay Bandits,

18  Oakland Invaders, and Memphis Showboats.

19  **J.     Fox Moves Ahead with Its Counterfeit League**

20  ~~58.~~76.     In spite of its full knowledge of at least 11 years' continuous use of

21  the USFL marks, Fox has continued marketing its counterfeit league as a "relaunch"

22  of the USFL. Fox has also been heavily marketing merchandise that bears trademarks

23  confusingly similar to the Real USFL's.[46] Fox has announced that it will open training

24  camps on March 21, 2022 and Fox League's inaugural game is scheduled for April

25  16, 2022.

26  **FIRST CLAIM FOR RELIEF**

27  **(Lanham Act § 1125(a)(1)(A)—Trademark Infringement)**

28

---

[46] https://shopusfl.com/

McKool Smith Hennigan, P.C.
Los Angeles, CA

1    ~~59.~~77.    The Real USFL incorporates and realleges by reference each and
2    every paragraph herein as if set forth in full in this count.

3        ~~60.~~78.    The Real USFL holds valid and legally protectable marks in the
4    Real USFL IP associated with the USFL teams (*e.g.*, the team names and team logos).
5    The Real USFL's interest in the team marks are indisputably senior to Defendants as
6    TSL's earliest claim to any team marks is 2019, the date on which TSL began
7    applying for trademark registration.

8        ~~61.~~79.    The Real USFL also holds valid and legally protectable marks in
9    the Real USFL IP associated with the league (*e.g.* "USFL," the USFL logo, and
10   "United States Football League"). The Real USFL's interest in the league marks are
11   senior to Defendants as TSL's earliest claim to the marks is December 31, 2011,
12   TSL's stated first use in Reg. No. 4165542.

13       ~~62.~~80.    Defendants have infringed upon the Real USFL IP by, among other
14   things, knowingly and willfully (i) adopting nearly identical league and team marks
15   and logos of an existing and well-known brand, (ii) producing and selling fan apparel
16   bearing the infringed USFL marks, (iii) intentionally misleading consumers to believe
17   the USFL was returning, and (iv) by using the domain name "theusfl.com."

18       ~~63.~~81.    As a result of Defendants' conduct, the public and potential
19   consumers of the types of products and services Defendants offer are highly likely to
20   be confused and deceived.  Indeed, as explained by Fox's own executives, consumers
21   have been overwhelmingly confused by Fox's intentionally misleading statements
22   and have expressly chosen to follow the counterfeit league as a result of Fox's
23   deception.

24       ~~64.~~82.    As a direct and proximate result of Defendants' conduct, the Real
25   USFL ~~has suffered irreparable harm~~ is precluded from operating its business for
26   economic gain.  Specifically, not only has the Real USFL lost its ability to sell
27   merchandise through American Classics, but other apparel retailers have expressly
28   refused to deal with the Real USFL as a result of Fox's false claim to ownership of

33
COMPLAINT

1    "USFL" league and team marks.  Further, by claiming to be the rightful owner of the
2    "USFL" league and team marks, Fox is appropriating potential business opportunities
3    from the Real USFL. As a result, the Real USFL is suffering, and will continue to
4    suffer such, irreparable harm unless Defendants are enjoined from such further
5    conduct.

6                              **SECOND CLAIM FOR RELIEF**
7                      **(Lanham Act § 1125(a)(1)(B)—False Advertising)**

8        65.83.     The Real USFL incorporates and realleges by reference each and
9    every paragraph herein as if set forth in full in this count.

10       66.84.     In the months following the Fox USFL's announcement,
11   Defendants have published several intentionally false or misleading statements
12   claiming to have a connection with the USFL's historical origins.   Such false
13   statements include, but are not limited to, (i) the Press Release that was disseminated
14   and reported on by hundreds of news outlets across the country, (ii) Fox's Twitter
15   post promoting the league with former star USFL quarterback Doug Flutie; (iii) Fox
16   USFL's president, Brian Woods public statements on February 7 and 10, 2022; and
17   (iv) Fox USFL's executive vice president, Ed Hartman's public statements on
18   February 8, 2022.

19       67.85.     Fox statements were false, and among other things, falsely describe
20   Fox's commercial activities, because Fox had no connection with the original USFL,
21   as it now admits in its updated Press Release: "[T]he new USFL is not associated or
22   affiliated with th[e] [original] league or its owners." Fox's statements are also
23   misleading because Fox executives have admitted that fans are likely to perceive a
24   connection with Fox and the original USFL as a result of its statements and its use of
25   USFL trademarks.

26       68.86.     Fox also put these statements in interstate commerce by publishing
27   them on its website and using them to sell its merchandise nationwide.   Fox's
28   marketing and communications continues to suggest association with the old league.

McKool Smith Hennigan, P.C.
Los Angeles, CA

69.87.  As a result of Defendants' conduct, the public and potential consumers of the types of products and services Defendants offer are likely to be confused and deceived. Indeed, as explained by Fox's own executives, consumers have been overwhelmingly confused by Fox's intentionally misleading statements and have expressly chosen to follow the counterfeit league and purchase USFL merchandise from Fox as a result of Fox's deception.

70.88.  Defendants' actions have been and continue to be knowing and willful.

71.89.  As a direct and proximate result of Defendants' conduct, the Real USFL has suffered irreparable harm is precluded from operating its business for economic gain. Specifically, not only has the Real USFL lost its ability to sell merchandise through American Classics, but other apparel retailers have expressly refused to deal with the Real USFL as a result of Fox's false claim to ownership of "USFL" league and team marks. For example, fans who wish to do business with the official USFL, purchase licensed products, or desire products connected to the original USFL are likely to purchase from Fox instead of Plaintiff as a result of Fox's deception. Further, by claiming to be the rightful owner of the "USFL" league and team marks, Fox is appropriating potential business opportunities from the Real USFL. As a result, the Real USFL is suffering, and will continue to suffer such, irreparable harm unless Defendants are enjoined from such further conduct.

## THIRD CLAIM FOR RELIEF

### (Lanham Act § 1125(a)(1)(aB)—False Association)

72.90.  The Real USFL incorporates and realleges by reference each and every paragraph herein as if set forth in full in this count.

73.91.  Defendants have violated federal trademark law by passing themselves off as the USFL and leveraging the league's "incredible nostalgic equity value" to create interest in their own league.  Specifically, Defendants have falsely associated themselves with the original USFL, by, among other things, knowingly

35

COMPLAINT

and willfully (i) making express and intentional misstatements in the Press Release and subsequent in public statements, (ii) by using of confusing similar logos and team names, (iii) by calling the Fox USFL the "United States Football League," and (iv) by using the domain name "theusfl.com." In doing so, Defendants falsely designate the origin of their league, falsely describe their commercial activities, and falsely convey an association and affiliation with, as well as a sponsorship by, the USFL. Fox's statements are also misleading because Fox executives have admitted that fans are likely to perceive a connection with Fox and the original USFL as a result of its statements and its use of USFL trademarks.

74.92.    Defendants' actions have been and continue to be knowing and willful.

75.93.    As a direct and proximate result of Defendants' conduct, the Real USFL has suffered irreparable harm is precluded from operating its business for economic gain. Specifically, not only has the Real USFL lost its ability to sell merchandise through American Classics, but other apparel retailers have expressly refused to deal with the Real USFL as a result of Fox's false claim to ownership of "USFL" league and team marks. For example, fans who wish to do business with the official USFL, purchase licensed products, or desire produce connected to the original USFL are likely to purchase from Fox instead of Plaintiff as a result of Fox's false claim of association with the original USFL. Further, by claiming to be the rightful owner of the "USFL" league and team marks, Fox is appropriating potential business opportunities from the Real USFL. As a result, the Real USFL is suffering, and will continue to suffer such, irreparable harm unless Defendants are enjoined from such further conduct.

**FOURTHFOURTH CLAIM FOR RELIEF**

**(Cal. Bus. & Prof. Code §§ 17200, *et seq.*—Unfair Competition)**

76.94.    The Real USFL incorporates and realleges by reference each and every paragraph herein as if set forth in full in this count.

77.95.      As described herein, Defendants have engaged in fraudulent, unfair and unlawful conduct in violation of Cal. Bus. & Prof. Code §§ 17200 et seq. Specifically, Defendants have competed unfairly by, among other things, knowingly and willfully (i) making express and intentional misstatements in the Press Release and subsequent in public statements, (ii) by using of confusing similar logos and team names, (iii) by calling the Fox USFL the "United States Football League," and (iv) by using the domain name "theusfl.com."  In doing so, Defendants falsely designate the origin of their league and falsely convey an association and affiliation with, as well as a sponsorship by, the USFL.

78.96.      Defendants' actions have been and continue to be knowing and willful.

79.97.      As a direct and proximate result of Defendants' conduct, the Real USFL has suffered injuryis precluded from operating its business for economic gain. Specifically, not only has the Real USFL lost its ability to sell merchandise through American Classics, but other apparel retailers have expressly refused to deal with the Real USFL as a result of Fox's false claim to ownership of "USFL" league and irreparable harmteam marks.  Further, by claiming to be the rightful owner of the "USFL" league and team marks, Fox is appropriating potential business opportunities from the Real USFL. As a result, the Real USFL is suffering, and will continue to suffer such injury and, irreparable harm unless Defendants are enjoined from such further conduct.

### FIFTHFIFTH CLAIM FOR RELIEF

**(Cal. Bus. & Prof. Code §§ 17500—False Advertising)**

80.98.      The Real USFL incorporates and realleges by reference each and every paragraph herein as if set forth in full in this count.

81.99.      In the months following the Fox USFL's announcement, Defendants have published several intentionally false or misleading statements claiming to have a connection with the USFL's historical origins.  Such false

37

COMPLAINT

1  statements include, but are not limited to, (i) the Press Release that was disseminated
2  and reported on by hundreds of news outlets across the country, (ii) Fox's Twitter
3  post promoting the league with former star USFL quarterback Doug Flutie; (iii) Fox
4  USFL's president, Brian Woods public statements on February 7 and 10, 2022; and
5  (iv) Fox USFL's executive vice president, Ed Hartman's public statements on
6  February 8, 2022.

7       82.100.    Fox statements were false, because Fox had no connection with the
8  original USFL, as it now admits in its updated Press Release: "[T]he new USFL is
9  not associated or affiliated with th[e] [original] league or its owners."

10      83.101.    Fox also put these statements in interstate commerce by publishing
11  them on its website and using them to sell its merchandise nationwide.  Fox's
12  marketing and communications continues to suggest association with the old league.

13      84.102.    As a result of Defendants' conduct, the public and potential
14  consumers of the types of products and services Defendants offer are likely to be
15  confused and deceived. Indeed, as explained by Fox's own executives, consumers
16  have been overwhelmingly confused by Fox's intentionally misleading statements
17  and have expressly chosen to follow the counterfeit league as a result of Fox's
18  deception.

19      85.103.    Defendants' actions have been and continue to be knowing and
20  willful.

21      86.104.    As a direct and proximate result of Defendants' conduct, the Real
22  USFL has suffered irreparable harm is precluded from operating its business for
23  economic gain.  Specifically, not only has the Real USFL lost its ability to sell
24  merchandise through American Classics, but other apparel retailers have expressly
25  refused to deal with the Real USFL as a result of Fox's false claim to ownership of
26  "USFL" league and team marks.  Further, by claiming to be the rightful owner of the
27  "USFL" league and team marks, Fox is appropriating potential business opportunities
28  from the Real USFL. As a result, the Real USFL is suffering, and will continue to

McKool Smith Hennigan, P.C.
Los Angeles, CA

1    suffer ~~such~~, irreparable harm unless Defendants are enjoined from such further

2    conduct.

3    **~~SIXTH~~SIXTH CLAIM FOR RELIEF**

4    **(California Common Law—Trademark Infringement)**

5    ~~87.~~105.    The Real USFL incorporates and realleges by reference each and

6    every paragraph herein as if set forth in full in this count.

7    ~~88.~~106.    The Real USFL holds valid and legally protectable marks in the

8    Real USFL IP associated with the USFL teams (e.g. the team names and team logos).

9    The Real USFL's interest in the team marks are indisputably senior to Defendants as

10   TSL's earliest claim to any team marks is 2019, the date on which TSL began

11   applying for trademark registration.

12   ~~89.~~107.    The Real USFL also holds valid and legally protectable marks in

13   the Real USFL IP associated with the league (e.g. "USFL," the USFL logo, and

14   "United States Football League"). The Real USFL's interest in the league marks are

15   senior to Defendants as TSL's earliest claim to the marks is December 31, 2011,

16   TSL's stated first use in Reg. No. 4165542.

17   ~~90.~~108.    Defendants have infringed upon the Real USFL IP by, among other

18   things, knowingly and willfully (i) adopting nearly identical league and team marks

19   and logos of an existing and well-known brand, (ii) producing and selling fan apparel

20   bearing the infringed USFL marks, (iii) intentionally misleading consumers to believe

21   the USFL was returning, and (iv) by using the domain name "theusfl.com."

22   ~~91.~~109.    As a result of Defendants' conduct, the public and potential

23   consumers of the types of products and services Defendants offer are highly likely to

24   be confused and deceived.  Indeed, as explained by Fox's own executives, consumers

25   have been overwhelmingly confused by Fox's intentionally misleading statements

26   and have expressly chosen to follow the counterfeit league as a result of Fox's

27   deception.

28   ~~92.~~110.    As a direct and proximate result of Defendants' conduct, the Real

USFL ~~has suffered irreparable harm~~ is precluded from operating its business for economic gain.  Specifically, not only has the Real USFL lost its ability to sell merchandise through American Classics, but other apparel retailers have expressly refused to deal with the Real USFL as a result of Fox's false claim to ownership of "USFL" league and team marks.  Further, by claiming to be the rightful owner of the "USFL" league and team marks, Fox is appropriating potential business opportunities from the Real USFL. As a result, the Real USFL is suffering, and will continue to suffer ~~such~~, irreparable harm unless Defendants are enjoined from such further conduct.

<p align="center">**~~SEVENTH~~SEVENTH CLAIM FOR RELIEF**</p>

<p align="center">**(Tortious Interference with Contract and/or Business Relations)**</p>

111. The Real USFL incorporates and realleges by reference each and every paragraph herein as if set forth in full in this count.

112. The Real USFL is party to multiple ongoing trademark licensing arrangements.  Specifically, the Real USFL has active licensing arrangements with (i) American Classics to design and sell apparel using the Real USFL IP, and (ii) with Ken Dunek for the film *Field Mouse*, and (iii) with Forgotten Stars Productions LLC for the film *The Team that Time Forgot.*

113. At all relevant times, Fox had actual knowledge of the contract that existed between the Real USFL, or its predecessor in interest, and American Classics. As of at least March 1, 2022, Fox also possesses knowledge the Real USFL arrangements with Mr. Dunek and Forgotten Stars Productions LLC.

114. Despite its knowledge of the Real USFL's existing contracts with third parties, Fox has tortiously interfered with such contracts by, among other things, (i) demanding that American Classics cease production of the Real USFL's merchandise or risk being sued by Fox, (ii) demanding that retailers selling the American Classics apparel immediately stop such sales and destroy existing inventory, and (iii) falsely claiming to be the owner of the USFL league and team marks and therefore frustrating

McKool Smith Hennigan, P.C.
Los Angeles, CA

the purpose of the contracts.

115. In the months following Fox's announcement of Fox's League and its purported ownership of USFL league and team marks, the Real USFL has also sought licensing arrangements with other companies.  These companies have refused to deal with the Real USFL as a result of Fox's claimed ownership of the marks.

116. Fox's actions were intentional and were designed to, and did, cause breaches of, and/or disruptions to, contracts that existed between the Real USFL and its actual and potential licensees.

117. As a direct and proximate result of Fox's intentional acts, the contracts between the Real USFL and American Classics, Mr. Dunek, and Forgotten Stars Productions LLC were breached and/or disrupted as set forth above.

118. Further, by, among other things, falsely claiming to be the owner of the USFL league and team marks, Fox has interfered with the Real USFL's prospective business relations through the use of threats, intimidation, and/or control of merchandise for the purpose of preventing the Real USFL from conducting any business activity.

119. The Real USFL has been, and continues to be, damaged by Fox's intentional interference with its business and/or contractual relationships with licensee and is entitled to damage in an amount equal to the value of all proceeds and revenues withheld from, or denied to, the Real USFL, together with interest accrued thereon, in an amount to be demonstrated at trial.

**EIGHTH CLAIM FOR RELIEF**

**(Petition for Cancellation of Trademark Registration)**

93.120.    The Real USFL incorporates and realleges by reference each and every paragraph herein as if set forth in full in this count.

94.121.    The Real USFL holds valid and legally protectable marks in the Real USFL IP associated with the USFL teams (e.g. the team names and team logos). The Real USFL's interest in the team marks are indisputably senior to Defendants as

McKool Smith Hennigan, P.C.
Los Angeles, CA

McKool Smith Hennigan, P.C.
Los Angeles, CA

1  TSL's earliest claim to any team marks is 2019, the date on which TSL began
2  applying for trademark registration.

3  ~~95.~~122.    The Real USFL also holds valid and legally protectable marks in
4  the Real USFL IP associated with the league (e.g. "USFL," the USFL logo, and
5  "United States Football League"). The Real USFL's interest in the league marks are
6  senior to Defendants as TSL's earliest claim to the marks is December 31, 2011,
7  TSL's stated first use in Reg. No. 4165542.

8  ~~96.~~123.     Defendants' actions as alleged herein violate 15 U.S.C. § 1064(3)
9  because they have misrepresented the Fox USFL as an heir to the original USFL.
10  Such false statements include, but are not limited to, (i) the Press Release that was
11  disseminated and reported on by hundreds of news outlets across the country, (ii)
12  Fox's Twitter post promoting the league with former star USFL quarterback Doug
13  Flutie; (iii) Fox USFL's president, Brian Woods public statements on February 7 and
14  10, 2022; and (iv) Fox USFL's executive vice president, Ed Hartman's public
15  statements on February 8, 2022.   Indeed, the prosecution history of the ~~"2011~~
16  ~~USFL"~~Cuadra's League's marks shows that Fox's marks were *always* intended
17  "utilize [the USFL's] historical legacy to bring quick brand identity to football fans."

18  ~~97.~~124.     ~~The~~As a direct and proximate result of Defendants' conduct, the
19  Real USFL is precluded from operating its business for economic gain.  Specifically,
20  not only has the Real USFL lost its ability to sell merchandise through American
21  Classics, but other apparel retailers have expressly refused to deal with the Real USFL
22  as a result of Fox's false claim to ownership of "USFL" league and team marks.
23  Further, by claiming to be the rightful owner of the "USFL" league and team marks,
24  Fox is appropriating potential business opportunities from the Real USFL. As a result,
25  the Real USFL is being irreparably harmed and damaged by Defendants' registration
26  of the USFL mark, and therefore requests that the registrations and applications listed
27  in Appendix A be canceled.
28

1

**EIGTH~~NINTH~~ CLAIM FOR RELIEF**

2

**(Declaratory Judgment)**

3    ~~98.~~125.    The Real USFL incorporates and realleges by reference each and

4    every paragraph herein as if set forth in full in this count.

5    ~~99.~~126.    The Real USFL holds valid and legally protectable marks in the

6    Real USFL IP associated with the USFL teams (e.g. the team names and team logos).

7    The Real USFL's interest in the team marks are indisputably senior to Defendants as

8    TSL's earliest claim to any team marks is 2019, the date on which TSL began

9    applying for trademark registration.

10    ~~100.~~127.    The Real USFL also holds valid and legally protectable marks in

11    the Real USFL IP associated with the league (e.g. "USFL," the USFL logo, and

12    "United States Football League"). The Real USFL's interest in the league marks are

13    senior to Defendants as TSL's earliest claim to the marks is December 31, 2011,

14    TSL's stated first use in Reg. No. 4165542.

15    ~~101.~~128.    Defendants' unauthorized activities as alleged herein have created

16    confusion among the consuming public, are likely to deceive customers of the source

17    or sponsorship of such goods and services, and will otherwise mislead the consuming

18    public as to the origin of the goods and services sold by or on behalf of Defendants.

19    Specifically, Defendants have misrepresented the Fox USFL as an heir to the original

20    USFL.  Such false statements include, but are not limited to, (i) the Press Release that

21    was disseminated and reported on by hundreds of news outlets across the country, (ii)

22    Fox's Twitter post promoting the league with former star USFL quarterback Doug

23    Flutie; (iii) Fox USFL's president, Brian Woods public statements on February 7 and

24    10, 2022; and (iv) Fox USFL's executive vice president, Ed Hartman's public

25    statements on February 8, 2022.   Indeed, the prosecution history of ~~the "2011~~

26    ~~USFL"~~Cuadra's League" marks shows that Fox's marks were *always* intended

27    "utilize [the USFL's] historical legacy to bring quick brand identity to football fans."

28    ~~102.~~129.    The Real USFL therefore seeks and is entitled to a Declaratory

McKool Smith Hennigan, P.C.
Los Angeles, CA

Judgment declaring that: (a) the Real USFL's common law trademarks are valid; (b) Defendants' infringing use are violative of the Real USFL's rights; (c) Defendants' common law trademarks, if any, are invalid and unenforceable; and (d) Defendants must immediately cease and desist use of USFL team and league marks.

McKool Smith Hennigan, P.C.
Los Angeles, CA

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff the Real USFL prays that this Court provide relief by:

1. Preliminarily and permanently enjoining and restraining each of the Defendants, and each of their officers, directors, agents, employees and all other individuals, firms, corporations, associations and partnerships affiliated, associated or acting in concert with them, from using the Real USFL IP, including "USFL," "United States Football League," any of the original 18 USFL team names and logos, or any other mark, symbol, name, domain name or logo that is likely to cause confusion or to cause mistake or to deceive people into believing that Defendants or any services or goods that Defendants entered into the stream of commerce originate from the Fox USFL is in any way sponsored, endorsed, licensed by the original USFL or the Real USFL, or are affiliated with the original USFL or the Real USFL;

2. Preliminarily and permanently enjoining and restraining each of the Defendants, and each of their officers, directors, agents, employees and all other individuals, firms, corporations, associations and partnerships affiliated, associated or acting in concert with them, from falsely stating that they are the original USFL or any related entity, or that they are associated in any way with the original USFL or the Real USFL or their projects;

3. Ordering Defendants to provide the Real USFL an accounting of their profits and advantages received from improperly using the Real USFL IP and the original USFL's logos and team names;

4. Ordering that the domain name www.theusfl.com and other confusing domain names be transferred to the control of the Real USFL;

5. Ordering that Defendants take all available steps to retract and correct statements made in other media or to actual or potential customers and business partners concerning their relationship with the original USFL or the Real USFL and their accomplishments;

6. Awarding the Real USFL its reasonable attorneys' fees and costs pursuant

McKool Smith Hennigan, P.C.
Los Angeles, CA



to 15 U.S.C. § 1117 or as allowed by any other statute or legal doctrine, including California Code of Civil Procedure § 1021.5;

7.     Awarding the Real USFL such other and further relief or remedy that the Court may deem just and proper.

DATED: ~~February 28, 2022~~March 17, 2022          **MCKOOL          SMITH**

46
COMPLAINT

**HENNIGAN, P.C.**

By: */s/ Kirk D. Dillman*

Kirk D. Dillman
M. Storm Byrd
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071

Nicholas T. Matich
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier
Alex J. Brown
Zeke DeRose III
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper
John C. Briody
Radu A. Lelutiu
Laura Baron
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

Thomas J. Eisweirth
MCKOOL SMITH P.C.
600 Travis Street
Suite 7000
Houston, TX 77002
*Attorneys for Plaintiff*

4869-2553-9599

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA