Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, LLC*

*Additional counsel on the inside page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a | Case No. 2:22-cv-1350-JFW (MARx)<br><br>**DECLARATION OF JERRY ARGOVITZ IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date: April 18, 2022<br>Time: 1:30 p.m.<br>Crtrm: 7A<br>The Honorable Judge John F. Walter |

DECLARATION OF JERRY ARGOVITZ

| | |
|---|---|
| 1 | Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a |
| 2 | Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC |
| 3 | a Delaware limited liability company; |
| 4 | FOXCORP HOLDINGS, LLC a Delaware limited liability company; |
| 5 | FOX MEDIA LLC, a Delaware limited liability company; FOX |
| 6 | SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability |
| 7 | company, |
| 8 | |
| 9 | Defendants. |

10

11

12  Joseph O. Slovacek (admitted *pro hac vice*)
    slovacek@hooverslovacek.com
13  Hoover Slovacek LLP
    Galleria Tower II
14  5051 Westheimer, Suite 1200
    Houston, TX 77056
15

16  Eric B. Halper (admitted *pro hac vice*)
    ehalper@mckooolsmith.com
17  John C. Briody (admitted *pro hac vice*)
    jbriody@mckoolsmith.com
18  Radu A. Lelutiu (admitted *pro hac vice*)
    rlelutiu@mckoolsmithlcom.com
19  Laura Baron (admitted *pro hac vice*)
    lbaron@mckoolsmith.com
20  MCKOOL SMITH P.C.
    395 Ninth Avenue, 50th Fl.
21  New York, NY 10001

22  Thomas J. Eisweirth (admitted *pro hac vice*)
    teisweirth@mckoolsmith.com
23  MCKOOL SMITH P.C.
    600 Travis Street
24  Suite 7000
    Houston, TX 77002

25

26

27

28

McKool Smith Hennigan, P.C.
Los Angeles, CA

DECLARATION OF JERRY ARGOVITZ

## DECLARATION OF JERRY ARGOVITZ

I, Jerry Argovitz, declare under 28 U.S.C. § 1746:

1. I am the former President and owner of the Houston Gamblers of the United States Football League ("USFL") and a current member of the Real USFL LLC (the "Real USFL"). I make this declaration in support of the Real USFL's Motion for a Preliminary Injunction filed herewith. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. As the former President and owner of the Gamblers, I have organized and held various Gamblers reunions over the years, including in 2010, 2015, and 2019, in Houston, Texas. Attendees of the reunions included former players, coaches, owners, staff, cheerleaders, and fans. Exhibit A is a true and correct copy of a June 13, 2010 Houston Chronicle article covering the 2010 reunion event.

3. Following the announcement of the new league, I have been contacted by members of the public, including by various fans of the original Gamblers and the original USFL, who have either assumed that I am associated with the new league or who have been otherwise confused about the relationship between the original Gamblers, the original USFL, and the new league.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: March 17, 2022

By: _____
Jerry Argovitz