# EXHIBIT G



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**David H. Bernstein**
Partner
dhbernstein@debevoise.com
Tel +1 212 909 6696
Fax +1 212 521 7696

January 4, 2022

<u>BY EMAIL</u>

Mr. David Brown
American Classics
160 County Road 565
Hanceville, AL 35007
david@americanclassics.biz

**Counterfeiting and Infringement of USFL Enterprises' Intellectual Property
Rights and False Advertising in the Promotion of Fake USFL Apparel**

Dear Mr. Brown:

As you know, we represent USFL Enterprises, LLC.  We write in response to your
email of January 4, 2022.

Contrary to your assertion, Mr. Ehrhart has no trademark rights to license to
American Classics.  Mr. Ehrhart was involved with a defunct league that was called
the United States Football League in the 1980s, but the entity that owned that league
was disbanded in the 1980s and it abandoned all of its trademark rights, including its
trademark registrations for UNITED STATES FOOTBALL LEAGUE and USFL.
*See, e.g.,* U.S. Trademark Registration Nos. 1,277.096 and 1,277.099, cancelled as of
October 12, 1990.

Subsequent to the abandonment of these trademarks by the old United States Football
League, a new entity, the United States Football League, LLC was created and it
registered the USFL trademark for apparel more than a decade ago.  This entity
which owns the only registered trademark for USFL for apparel, U.S. Trademark
Registration No. 4,165,542, has nothing to do with Mr. Ehrhart.  Under the Lanham
Act, you are on constructive knowledge of this trademark registration, 15 U.S.C.
§ 1052, which renders your sale of USFL merchandise counterfeiting.  15 U.S.C.
§ 1116(d).

That federal registration for USFL has been assigned to The Spring League, LLC,
which in turn has granted an exclusive license to USFL Enterprises, LLC.  Because
the registration is incontestable, the registration is conclusive evidence of the

Mr. David Brown                         2                         January 4, 2022

ownership of the USFL trademark by The Spring League, LLC.  15 U.S.C.
§ 1116(b).  Any claim of ownership by Mr. Ehrhart is false and is contrary to the
plain facts that The Spring League, and not Mr. Ehrhart, is the conclusive owner of
this trademark registration.

As I explained in my letter of December 14, 2021, your sale of USFL merchandise
constitutes trademark counterfeiting, which subjects you to treble damages,
disgorgement of your profits, statutory damages, and attorneys' fees.  15 U.S.C.
§ 1117.  We reiterate our demand that you immediately discontinue all sales and
promotion of all USFL merchandise; any continued sales will constitute wilful
trademark infringement and counterfeiting.

If Mr. Ehrhart has deceived you with respect to his ownership of these trademarks,
that is an issue between you and Mr. Ehrhart.  For our client's part, our client is
willing to waive its entitlement to treble damages and attorneys' fees if you
immediately cooperate with us in connection with this matter.  To that end, if you
wish to avoid counterfeiting liability, please (1) confirm that you immediately have
discontinued all sales and promotion of these goods, (2) recall all products that have
been sold or distributed to third party sellers or retailers, (3) provide us with a
complete accounting of all sales of these goods since inception, (4) provide us with a
copy of any license agreement with Mr. Ehrhart and all other communications related
to the purported license, and (5) provide us with a complete inventory of USFL
merchandise in your and your agents' possession, custody or control so that we may
discuss appropriate disposition of that inventory.

If we do not hear from you by January 10, 2022, we will assume that you have no
intention to discontinue your counterfeiting activities and will advise our client and
its licensor to proceed accordingly.  We will hold you strictly liable for all rights and
remedies under the law on account of your wilful infringement and trademark
counterfeiting over the course of your sale of these products.

Although this letter identifies aspects of the goods you have for sale and the
statements associated with them that are inappropriate, USFL Enterprises reserves
any and all rights, claims and remedies regarding the actions described above as well
as any other violations of USFL Enterprises exclusive rights.  We also demand that
you preserve all documents, including but not limited to business records, sales
documents, letters, emails, and text messages, related to the purported license and
related to the manufacture, promotion, distribution, advertising and sale of USFL
merchandise since inception.

Very truly yours,

David H. Bernstein