| | |
|---|---|
| 1 | Kirk Dillman (SBN 110486) |
| | kdillman@mckoolsmithhennigan.com |
| 2 | M. Storm Byrd (SBN 319387) |
| | sbyrd@mckoolsmithhennigan.com |
| 3 | MCKOOL SMITH HENNIGAN, P.C. |
| | 300 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, California 90071 |
| | Telephone: (213) 694-1200 |
| 5 | Facsimile: (213) 694-1234 |
| 6 | Nicholas T. Matich (admitted *pro hac vice*) |
| | nmatich@mckoolsmith.com |
| 7 | MCKOOL SMITH P.C. |
| | 1999 K Street, NW, Suite 600 |
| 8 | Washington, DC 20006 |
| 9 | Mark Lanier (admitted *pro hac vice*) |
| | wml@lanierlawfirm.com |
| 10 | Alex J. Brown (admitted *pro hac vice)* |
| | alex.brown@lanierlawfirm.com |
| 11 | Zeke DeRose III (admitted *pro hac vice*) |
| | THE LANIER LAW FIRM |
| 12 | 6810 FM 1960 West |
| | Houston, TX 77069 |

*Attorneys for Plaintiff*
*The Real USFL, LLC*

*Additional counsel on the inside page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company, | Case No. 2:22-cv-1350-JFW (MARx) |
| Plaintiff, | **DECLARATION OF STEVEN EHRHART IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
| v. | |
| FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; | Date: April 18, 2022<br>Time: 1:30 p.m.<br>Crtrm: 7A<br>The Honorable Judge John F. Walter |

DECLARATION OF STEVEN EHRHART

| | |
|---|---|
| 1 | FOXCORP HOLDINGS, LLC a Delaware limited liability company; |
| 2 | FOX MEDIA LLC, a Delaware limited liability company; FOX |
| 3 | SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability |
| 4 | company, |
| 5 | Defendants. |

Joseph O. Slovacek (admitted *pro hac vice*)
slovacek@hooverslovacek.com
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (admitted *pro hac vice*)
ehalper@mckooolsmith.com
John C. Briody (admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue, 50th Fl.
New York, NY 10001

Thomas J. Eisweirth (admitted *pro hac vice*)
teisweirth@mckoolsmith.com
MCKOOL SMITH P.C.
600 Travis Street
Suite 7000
Houston, TX 77002

DECLARATION OF STEVEN EHRHART

I, Steven Ehrhart, declare as follows:

1. I am a member of Plaintiff The Real USFL, LLC (the "Real USFL"). I submit this declaration in support of the Real USFL's Motion for Preliminary Injunction filed herewith. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. In 1982, a group of investors started a springtime professional football league called the United States Football League ("USFL"). Over the course of three seasons from 1983-1985, the USFL attracted a large, loyal fan base, due in part to broadcast deals with ABC and ESPN. Several players, coaches, and staff that played and worked in the USFL are now in the Pro-Football Hall of Fame, including Reggie White, Jim Kelly, Steve Young, Gary Zimmerman, George Allen, Marv Levy, Sid Gillman, Bill Polian, and 2022 inductee Sam Mills. Other noteworthy alumni include Doug Flutie, Sean Landeta, Anthony Carter, Jim Mora, Steve Spurrier, and Lee Corso. As I wrote many years ago in the Forward to Paul Reeths USFL book, *The United States Football League 1982-1986*:

> The USFL legacy continues even today as the NFL still utilizes instant replay with the red flag challenge system the USFL developed. The USFL was also the first professional football league to be telecast by a little known entity called ESPN on the fledgling distribution system of cable television. Those USFL telecasts helped ESPN survive its own early financial struggles and it is certainly ironic that while the USFL is now only a memory, ESPN is a powerhouse.
>
> The USFL lives on today with people still clamoring for USFL historic merchandise and not a week goes by that someone does not recount their fond memories of how much they enjoyed their time in the USFL. So now,

you can certainly enjoy your time by turning the pages of [the book] *The United States Football League 1982-1986*.

3. From 1982 through 1986, I served first as the Director of Administration and then Executive Director of the USFL. I then became president, general manager, and part owner of the Memphis Showboats, one of the original USFL teams. Today, I serve as Executive Director of the AutoZone Liberty Bowl, a college football bowl game that has been played annually for more than sixty years. The game is currently played at Liberty Bowl Memorial Stadium in Memphis, Tennessee. In my career, I have also served as president of Major League Baseball's ("MLB") Colorado Rockies, and more recently was a minority owner of the National Basketball League's ("NBA") Memphis Grizzlies.

4. In 1986, the USFL prevailed on the merits of an antitrust lawsuit against the National Football League in the Southern District of New York, but was awarded only $3.76 in treble damages. Because the USFL was successful in the case, the League's owners also recovered more than $5.5 million in attorneys' fees. As a result of the litigation, the USFL ceased play in 1986.

5. In 1986, the USFL's owners elected me to carry on the USFL's business, including appearing in court in New York City to conclude the league's litigation with the NFL, collect the USFL's damages and attorneys' fee awards, and distribute these amounts according to a predetermined formula. Exhibit A is true and correct copy of the USFL's $3.76 damages award check.

6. Since 1986, I have also worked to preserve the USFL's name and legacy by spearheading various public and commercial activities. For example, in 2007, I hosted a reunion and golf tournament in Tunica, Mississippi to commemorate the 25th anniversary of the USFL. Exhibit B is a true and correct copy of the June 20, 2007, Memphis Commercial Appeal article describing the reunion.

7. Over the last three decades, I have also represented the league in public appearances and interviews, including for an ESPN 30 for 30 documentary, *Small*

1  *Potatoes: Who Killed the USFL?*, directed by three-time Emmy Award winner, Michael Tollin.  Exhibit C is a true and correct copy of my email correspondence with Mr. Tollin.

8. I also entered into several written arrangements authorizing the use of the original USFL's team and league marks. For instance, Ken Dunek, a former tight end for the Philadelphia and Baltimore Stars, first contacted me in October 2006 regarding his planned film named *Field Mouse*.  Over the next two years, Mr. Dunek and I stayed in contact regarding the status of the project.  Exhibit D is a true and correct copy of my email correspondence with Mr. Dunek regarding the *Field Mouse* film.

9. On April 21, 2008, I executed a written license granting Mr. Dunek "the rights to use the USFL name, logo, likeness, and game footage video" for the *Field Mouse* film.  Exhibit E is a true and correct copy of the April 21, 2008, release in favor of Mr. Dunek.

10. In July 2010, Mr. Dunek contacted me about a separate film called *The Team that Time Forgot*.  Mr. Dunek and I held several calls regarding the film, and he periodically would send me email correspondence regarding the film's progress. Exhibit F is a true and correct copy of my email correspondence with Mr. Dunek regarding the *The Team Time Forgot* film.

11. Following negotiations on the form of the agreement, on September 9, 2010, I signed a written license agreement with Forgotten Stars Productions LLC for the right to use the USFL marks.  Exhibit G is a true and correct copy of the negotiated license agreements in favor of Forgotten Stars Productions LLC.

12. I have also entered into a significant licensing arrangement with leading apparel wholesaler American Classics, Inc. ("American Classics") to produce t-shirts bearing the USFL league and team marks.  David Brown, president of American Classics first contacted me in mid-2011 regarding a possible licensing arrangement. Following negotiations on the form of the agreement, I executed a license granting American Classics the right to use the USFL league and team marks effective July 1,

McKool Smith Hennigan, P.C.
Los Angeles, CA

3
DECLARATION OF STEVEN EHRHART

1  2011.  Exhibit H is a true and correct copy of the July 1, 2011 license agreement with American Classics.

2  13. American Classics presented proposed designs for 26 t-shirts to me on August 11, 2011, which I subsequently approved. Exhibit I is a true and correct copy of my email correspondence with Mr. Brown.

14. According to royalty statements provided to me by American Classics, the company began selling USFL merchandise in the fourth quarter of 2011. American Classics made regular quarterly royalty payments pursuant to the Licensing Agreement, paid to "the United States Football c/o Steve Ehrhart."  I have deposited each and every check and have yet to make a single withdrawal.  Exhibit J is a true and correct copy of the American Classics royalty statements from fourth quarter 2011 through fourth quarter 2021.  Exhibit K is a true and correct copy of the fourth quarter 2021, royalty check from American Classics.

15. In April 2009, Paul Reeths contacted me regarding his plans to write and publish a book intended to be a definitive, authorized history of the USFL.  Early on in our negotiations of his purposed book, we discussed whether the USFL would require a royalty payment for the sales of the book.  However, I explained the USFL was more interested in preserving the legacy and good reputation of the USFL. Therefore, in consideration of the grant of rights to Mr. Reeths, I asked that he submit to me the manuscript for review rather than pay a monetary royalty. Over the ensuing 7 years, Mr. Reeths and I held several conversations and he sent me each chapter of the his book titled *The United States Football League 1982-1986* for review.  Exhibit L is a true and correct copy of my email correspondence with Mr. Reeths.

16. By summer 2016, Mr. Reeths had finished his manuscript and I had reviewed all chapters.  Therefore, on July 6, 2016, I executed in favor of Mr. Reeths a written release to use the USFL league and team logos in the publication of his book. Exhibit M is a true and correct copy of the July 6, 2016, release in favor of Mr. Reeths.

17. Immediately following Fox's televised announcement of their planned relaunch of the USFL, I received numerous calls asking whether the original USFL owners were involved in Fox's league. On that same day, I was interviewed by the Philadelphia Inquirer about the fact that Fox did not have permission for their attempted "relaunch," and that the marks had been in continuous use by the USFL at the time of Fox's attempted infringement. Exhibit N is a true and correct copy of the June 3, 2021 Philadelphia Inquirer Article.

18. Within a few days of the Fox announcement, I called Larry Jones, Executive Vice President of Fox Sports, on the telephone and informed him that the original USFL was still very much alive and that we were selling merchandise and receiving royalties every quarter. Thereafter, I met in person with Mr. Jones in Dallas, Texas on July 14, 2021. I once again stressed that we maintained our rights and suggested we meet to discuss these matters. Among other points, he stated that Fox was not interested in any meetings. As part of these discussions, I also FedExed Mr. Jones a copy of the official licensed USFL history.

19. Immediately thereafter, in July 2021, because Fox was unwilling to discuss the situation, a group of USFL owners and I contacted Bert Deixler, a lawyer that represented the USFL in the 1980s to assist in protecting the original USFL owner's rights. On August 20, 2021, Mr. Deixler, on behalf of the group of USFL owners, sent a letter to counsel for Brian Woods, CEO of The Spring League, regarding Fox's asserted rights to the USFL marks.

20. After Fox's announcement and subsequent media blitz, a group of former USFL owners and interest holders, including myself, formed the Real USFL to protect our intellectual property from Fox's unauthorized use.

21. I have been informed that on March 24, 2011, an entity named United States Football League, LLC (the "2011-USFL") filed an application with the United States Patent and Trademark office ("USPTO") for trademark registration of the term "USFL." To my knowledge, the 2011-USFL has no connection to the original USFL

1  or the Real USFL.

2      22.   I am informed that as of about December 2021, American Classics has ceased selling USFL merchandise after receiving litigation threats from Fox. Further, I approached another manufacturer in an effort to license the Real USFL's marks but the manufacturer has declined to work with the Real USFL because of Fox's false claims of ownership of the USFL marks.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: March 17, 2022          By: _____
                                    STEVEN EHRHART

4887-1447-9888

7

DECLARATION OF STEVEN EHRHART