Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, LLC*

Additional counsel on the inside page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a | Case No. 2:22-cv-1350-JFW (MARx)<br><br>**DECLARATION OF STEPHEN STRAUSS IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date: April 18, 2022<br>Time: 1:30 p.m.<br>Crtrm: 7A<br>The Honorable Judge John F. Walter |

| | |
|---|---|
| 1 | Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |
| 10 | |
| 11 | |
| 12 | Joseph O. Slovacek (admitted *pro hac vice*) slovacek@hooverslovacek.com Hoover Slovacek LLP Galleria Tower II 5051 Westheimer, Suite 1200 Houston, TX 77056 |
| 13 | |
| 14 | |
| 15 | |
| 16 | Eric B. Halper (admitted *pro hac vice*) ehalper@mckooolsmith.com John C. Briody (admitted *pro hac vice*) jbriody@mckoolsmith.com Radu A. Lelutiu (admitted *pro hac vice*) rlelutiu@mckoolsmithlcom.com Laura Baron (admitted *pro hac vice*) lbaron@mckoolsmith.com MCKOOL SMITH P.C. 395 Ninth Avenue, 50th Fl. New York, NY 10001 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Thomas J. Eisweirth (admitted *pro hac vice*) teisweirth@mckoolsmith.com MCKOOL SMITH P.C. 600 Travis Street Suite 7000 Houston, TX 77002 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

McKool Smith Hennigan, P.C.
Los Angeles, CA

DECLARATION OF STEPHEN STRAUSS

## DECLARATION OF STEPHEN STRAUSS

I, Stephen Strauss, declare under 28 U.S.C. § 1746:

1. I am an attorney and shareholder in the law firm of Buchalter in Los Angeles, California. I make this declaration in support of The Real USFL LLC's Motion for a Preliminary Injunction filed herewith. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. On or around October 14, 2021, a group of USFL owners and executives were referred to me by Bert Deixler, an attorney who previously represented the USFL.

3. On December 9, 2021, I contacted Lynn Jordan, attorney of record on USFL trademark registration applications filed by Fox. I explained to Ms. Jordan that my clients, the group of USFL owners and executives, were interested in working together with Fox to build on the USFL's legacy brand, and that my clients were seeking recognition for their accomplishments. Ms. Jordan asserted that this was a good idea and that she would convey it to her client. That same afternoon I sent Ms. Jordan an e-mail confirming our discussions. Exhibit A is a true and correct copy of the e-mail I sent to Ms. Jordan on December 9, 2021. Following that conversation, I have not heard from Ms. Jordan again.

4. Instead, on December 14, 2021, I received a letter from David Bernstein, litigation counsel at Debevoise & Plimpton, demanding that I produce evidence of rights. Exhibit B is a true and correct copy of the December 14, 2021 letter that I received from Mr. Bernstein.

5. On December 17, 2021, I replied to Mr. Bernstein, asking for an explanation in the change of tone from my conversation with Ms. Jordan and requesting a meeting between the parties. Mr. Bernstein did not respond to my

requests. Exhibit C is a true and correct copy of my December 17, 2021 letter to Mr. Bernstein.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: March 17, 2022                By: _____
                                          Stephen Strauss