Kirk Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, LLC*

Additional counsel on the inside page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a | Case No. 2:22-cv-1350-JFW (MARx)<br><br>**DECLARATION OF ROBERT TAUBMAN IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date: April 18, 2022<br>Time: 1:30 p.m.<br>Crtrm: 7A<br>The Honorable Judge John F. Walter |

| | |
|---|---|
| 1 | Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |
| 10 | |
| 11 | |
| 12 | Joseph O. Slovacek (admitted *pro hac vice*) slovacek@hooverslovacek.com Hoover Slovacek LLP Galleria Tower II 5051 Westheimer, Suite 1200 Houston, TX 77056 |
| 13 | |
| 14 | |
| 15 | |
| 16 | Eric B. Halper (admitted *pro hac vice*) ehalper@mckooolsmith.com John C. Briody (admitted *pro hac vice*) jbriody@mckoolsmith.com Radu A. Lelutiu (admitted *pro hac vice*) rlelutiu@mckoolsmithlcom.com Laura Baron (admitted *pro hac vice*) lbaron@mckoolsmith.com MCKOOL SMITH P.C. 395 Ninth Avenue, 50th Fl. New York, NY 10001 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Thomas J. Eisweirth (admitted *pro hac vice*) teisweirth@mckoolsmith.com MCKOOL SMITH P.C. 600 Travis Street Suite 7000 Houston, TX 77002 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

McKool Smith Hennigan, P.C.
Los Angeles, CA

DECLARATION OF ROBERT TAUBMAN

## DECLARATION OF ROBERT TAUBMAN

I, Robert Taubman, declare under 28 U.S.C. § 1746:

1. I am Trustee of the A. Alfred Taubman Restated Revocable Trust as amended and restated in its entirety by Instrument dated December 2, 2014 (the "Trust"). From 1982 to 1984, A. Alfred Taubman was the President and principal owner of The Michigan Panthers Football Club, Inc., which held the franchise of the Michigan Panthers ("Panthers") of the United States Football League ("USFL"). In 1985, The Michigan Panthers Football Club, Inc., merged with the corporate entity which held the Oakland Invaders ("Invaders") of the USFL. From 1985 to 1986, A. Alfred Taubman was a co-owner of the entity which held the Invaders. As Trustee of the Trust, I make this declaration in support of the Real USFL's Motion for a Preliminary Injunction filed herewith. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Members of the public, including family, friends, and business associates, have contacted me about the new USFL and have assumed that I am involved with the new league. Many of them have told me that they have seen advertisements for the new league, and they have asked me about my involvement, as well as details concerning the new league, such as dates and locations of the new league's games.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: March 17, 2022        By: /s/ Robert S. Taubman
                                  Robert S. Taubman