David H. Bernstein (State Bar No. 336551)
  dhbernstein@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone: (212) 909-6696.  Fax: (212) 521-7696

Michael Schaper (admitted *pro hac vice*)
  mschaper@debevoise.com
Jared I. Kagan (admitted *pro hac vice*)
  jikagan@debevoise.com
Matthew J. Petrozziello (*pro hac vice* motion pending)
  mjpetrozziello@debevoise.com
Marissa MacAneney (admitted *pro hac vice*)
  mpmacaneney@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000.  Fax: (212) 909-6836

Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100   Fax: (310) 275-5697

Patrick F. Philbin (admitted *pro hac vice*)
  pphilbin@egcfirm.com
Kyle T. West (admitted *pro hac vice*)
  kwest@ecgfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
1155 F Street, NW, Suite 750

*Attorneys for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC.*

*Additional counsel on the inside page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>FOX SPORTS, INC., a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware Limited liability company; FOX SPORTS 2, LLC, a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC, a Delaware limited liability company; FOXCORP HOLDINGS, LLC, a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 22-CV-01350-JFW-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>Amended Complaint Filed: March 17, 2022<br>Amended Complaint Served: March 21, 2022<br>Current response date: April 11, 2022<br><br>New response date: 14 days from ruling on Plaintiff's motion for preliminary injunction. |

|   |   |
|---|---|
| 1 | Kirk Dillman (State Bar No. 110486) |
| 2 | kdillman@mckoolsmithhennigan.com<br>M. Storm Byrd (State Bar No. 319387) |
| 3 | sbyrd@mckoolsmithhennigan.com |
| 4 | **MCKOOL SMITH HENNIGAN, P.C**.<br>300 South Grand Avenue, Suite 2900 |
| 5 | Los Angeles, California 90071 |
| 6 | Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 |
| 7 |   |
| 8 | Nicholas T. Matich (admitted *pro hac vice*)<br>nmatich@mckoolsmith.com |
| 9 | **MCKOOL SMITH P.C.** |
| 10 | 1999 K Street, NW, Suite 600<br>Washington, DC 20006 |
| 11 |   |
| 12 | Mark Lanier (admitted *pro hac vice*)<br>wml@lanierlawfirm.com |
| 13 | Alex J. Brown (admitted *pro hac vice*) |
| 14 | alex.brown@lanierlawfirm.com<br>Zeke DeRose III (admitted *pro hac vice*) |
| 15 | zeke.derose@lanierlawfirm.com |
| 16 | **THE LANIER LAW FIRM**<br>6810 FM 1960 West |
| 17 | Houston, TX 77069 |
| 18 |   |
| 19 | Joseph O. Slovacek (admitted *pro hac vice*)<br>slovacek@hooverslovacek.com |
| 20 | **HOOVER SLOVACEK LLP**<br>Galleria Tower II |
| 21 | 5051 Westheimer, Suite 1200 |
| 22 | Houston, TX 77056 |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

| | |
|---|---|
| 1 | Eric B. Halper (admitted *pro hac vice*) |
| 2 |   ehalper@mckooolsmith.com |
|   | John C. Briody (admitted *pro hac vice*) |
| 3 |   jbriody@mckoolsmith.com |
| 4 | Radu A. Lelutiu (admitted *pro hac vice*) |
|   |   rlelutiu@mckoolsmithlcom.com |
| 5 | Laura Baron (admitted *pro hac vice*) |
| 6 |   lbaron@mckoolsmith.com |
|   | **MCKOOL SMITH P.C.** |
| 7 | 395 Ninth Avenue |
| 8 | New York, NY 10001 |
| 9 | Thomas J. Eisweirth (admitted *pro hac vice*) |
|   |   teisweirth@mckoolsmith.com |
| 10 | MCKOOL SMITH P.C. |
| 11 | 600 Travis Street, Suite 7000 |
| 12 | Houston, TX 77002 |
| 13 | *Attorneys for Plaintiff The Real USFL LLC* |

1       WHEREAS, on February 28, 2022, plaintiff The Real USFL, LLC ("Plaintiff") filed its Initial Complaint (Dkt. No. 1) naming USFL Enterprises, LLC and The Spring League, LLC as defendants (the "Original Defendants");

      WHEREAS, on March 15, 2022, the Parties filed a Joint Stipulation to Extend Time to Respond to the Initial Complaint ("Stipulation") (Dkt. No. 63);

      WHEREAS, on March 17, 2022, the Court granted the Stipulation and extended the time for Original Defendants to respond to the Initial Complaint from March 23, 2022, until fourteen (14) days following the Court's decision on Plaintiff's Amended Motion for a Preliminary Injunction (Dkt. No. 73);

      WHEREAS, on March 17, 2022, Plaintiff filed its Amended Complaint, which added Defendants Fox Corporation; Fox Sports 1, LLC; Fox Sports 2, LLC; Fox Sports Holdings, LLC; Fox Sports Productions, LLC; Foxcorp Holdings, LLC; Fox Media LLC; and Fox Sports Interactive Media, LLC ("New Defendants") (Dkt. No. 67);

      WHEREAS, pursuant to Fed. R. Civ P. 12(a)(1)(A)(i), New Defendants' response to the Amended Complaint is due April 11, 2022;

      WHEREAS, the Order granting the Parties' Stipulation did not address the time for the New Defendants to respond to the Amended Complaint, nor did it contemplate Original Defendants' response date to an Amended Complaint;

      WHEREAS, the Parties agree that the previous Stipulation, that the Original Defendants will not be required to respond to the Complaint until fourteen (14) days following the Court's decision on Plaintiff's Amended Motion for a Preliminary Injunction, should remain in place as to the Amended Complaint;

      WHEREAS, the parties agree that it would be inefficient for New Defendants to respond to the Amended Complaint while the Original Defendants are not required to respond until fourteen (14) days following the Court's decision on Plaintiff's Amended Motion for a Preliminary Injunction, and further agree that the New Defendants should be granted the same extension of time to respond to the

Amended Complaint;

WHEREAS, the Parties thus agree to extend the current schedule such that Original Defendants' and New Defendants' (hereinafter "Defendants") response to the Amended Complaint, including any potential motion practice, will take place after this Court decides Plaintiff's Amended Motion for a Preliminary Injunction;

WHEREAS, the Parties agree that the extension would save judicial and party resources if additional motion practice is not required at this time;

WHEREAS, the Court has not yet set dates for the discovery cut-off, the pre-trial conference, or the trial;

WHEREAS, the Parties agree, subject to the Court's approval, to extend all Defendants' response to the Amended Complaint date to fourteen (14) days following the Court's ruling on Plaintiff's Amended Motion for a Preliminary Injunction;

WHEREAS, the Parties agree that they will not seek an adjournment of the hearing date on Plaintiff's Amended Motion for a Preliminary Injunction except in the event of extraordinary and unforeseen circumstances, which may include, but shall not be limited to, illness of lead counsel;

WHEREAS, in the event of any extension of the hearing date on Plaintiff's Amended Motion for a Preliminary Injunction, Defendants shall not cite the period of any adjournment as a basis to deny the preliminary injunction, without prejudice to Defendants' right to oppose the motion based on Plaintiff's alleged delay in commencing the lawsuit and in filing its Amended Motion for a Preliminary Injunction;

THEREFORE, the Parties, subject to the Court's approval, stipulate to extend Defendants' response to the Amended Complaint date to fourteen (14) days following this Court's ruling on Plaintiff's Amended Motion for a Preliminary Injunction.

| | |
|---|---|
| Dated: March 26, 2022 | **MCKOOL SMITH HENNIGAN, P.C.** |
| | By: */s/ Kirk D. Dillman* |
| | Kirk D. Dillman |
| | M. Storm Byrd |
| | MCKOOL SMITH HENNIGAN, P.C. |
| | |
| | Nicholas T. Matich |
| | MCKOOL SMITH P.C. |
| | |
| | Mark Lanier |
| | Alex J. Brown |
| | Zeke DeRose III |
| | THE LANIER LAW FIRM |
| | |
| | Joseph O. Slovacek |
| | HOOVER SLOVACEK LLP |
| | |
| | Eric B. Halper |
| | John C. Briody |
| | Radu A. Lelutiu |
| | Laura Baron |
| | MCKOOL SMITH P.C. |
| | |
| | Thomas J. Eisweirth |
| | MCKOOL SMITH P.C. |
| | |
| | *Attorneys for Plaintiff* |

| | |
|---|---|
| Dated: March 26, 2022 | **DEBEVOISE & PLIMPTON LLP** |
| | By: */s/ David H. Bernstein* <br>     David H. Bernstein |
| | **DEBEVOISE & PLIMPTON LLP** <br> Michael Schaper (admitted *pro hac vice*) <br> Jared I. Kagan (admitted *pro hac vice*) <br> Matthew J. Petrozziello (*pro hac vice* motion pending) <br> Marissa MacAneney (admitted *pro hac vice*) |
| | **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP** <br> Keith J. Wesley <br> Matthew L. Venezia <br> Patrick F. Philbin (admitted *pro hac vice*) <br> Kyle T. West (admitted *pro hac vice*) |
| | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

*The Real USFL, LLC v. Fox Sports, Inc. et al.*

Case No. 2:22-cv-01350-JFW-MAR

I am the ECF User whose identification and password are being used to file the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories have concurred in this filing.

I also hereby certify that on this 26th day of March, 2022, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kirk Dillman (State Bar No. 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (State Bar No. 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

| | |
|---|---|
| 1 | Mark Lanier (admitted *pro hac vice*) |
| | wml@lanierlawfirm.com |
| 2 | Alex J. Brown (admitted pro hac vice) |
| 3 | alex.brown@lanierlawfirm.com |
| | Zeke DeRose III (admitted pro hac vice) |
| 4 | THE LANIER LAW FIRM |
| 5 | 6810 FM 1960 West |
| | Houston, TX 77069 |
| 6 | |
| | Joseph O. Slovacek (admitted *pro hac vice* ) |
| 7 | slovacek@hooverslovacek.com |
| 8 | HOOVER SLOVACEK LLP |
| | Galleria Tower II |
| 9 | 5051 Westheimer, Suite 1200 |
| | Houston, TX 77056 |
| 10 | |
| 11 | Eric B. Halper (admitted *pro hac vice*) |
| 12 | ehalper@mckooolsmith.com |
| | John C. Briody (admitted *pro hac vice*) |
| 13 | jbriody@mckoolsmith.com |
| 14 | Radu A. Lelutiu (admitted *pro hac vice*) |
| 15 | rlelutiu@mckoolsmithlcom.com |
| | Laura Baron (admitted *pro hac vice*) |
| 16 | lbaron@mckoolsmith.com |
| | MCKOOL SMITH P.C. |
| 17 | 395 Ninth Avenue |
| | New York, NY 10001 |
| 18 | |
| 19 | Thomas J. Eisweirth (admitted *pro hac vice*) |
| 20 | teisweirth@mckoolsmith.com |
| | MCKOOL SMITH P.C. |
| 21 | 600 Travis Street, Suite 7000 |
| | Houston, TX 77002 |
| 22 | |
| 23 | *Attorneys for Plaintiff* |
| | *The Real USFL LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | /s/ David H. Bernstein |
| | David H. Bernstein |
| 28 | |