1   David H. Bernstein (State Bar No. 336551)
      dhbernstein@debevoise.com
2   **DEBEVOISE & PLIMPTON LLP**
    650 California Street
3   San Francisco, CA 94108
    Telephone:  (212) 909-6696  Fax:  (212) 521-7696
4
    Michael Schaper (admitted *pro hac vice*)
5     mschaper@debevoise.com
    Jared I. Kagan (admitted *pro hac vice*)
6     jikagan@debevoise.com
    Marissa MacAneney (admitted *pro hac vice*)
7     mpmacaneney@debevoise.com
    Matthew J. Petrozziello (*pro hac vice* motion pending)
8     mjpetrozziello@debevoise.com
    **DEBEVOISE & PLIMPTON LLP**
9   919 Third Avenue
    New York, New York 10022
10  Telephone:  (212) 909-6000  Fax:  (212) 521-7696
11  Keith J. Wesley (State Bar No. 229276)
      kwesley@egcfirm.com
12  Matthew L. Venezia (State Bar No. 313812)
      mvenezia@egcfirm.com
13  **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
    2121 Avenue of the Stars, Suite 2800
14  Los Angeles, California 90067
    Telephone:  (310) 274-7100  Fax:     (310) 275-5697
15
    Patrick F. Philbin (admitted *pro hac vice*)
16    pphilbin@egcfirm.com
    Kyle T. West (admitted *pro hac vice*)
17    kwest@ecgfirm.com
    **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
18  1155 F Street, NW, Suite 750
    Washington, DC 20004
19  Telephone:  (202) 249-6900  Fax:  (202) 249-6899
20  *Attorneys for Defendants The Spring League, LLC;*USFL *Enterprises, LLC; Fox*
    *Corporation; Fox Sports 1, LLC; Fox Sports 2, LLC; Fox Sports Holdings, LLC;*
21  *Fox Sports Productions, LLC; Foxcorp Holdings, LLC; Fox Media LLC; and Fox*
    *Sports Interactive Media, LLC.*
22
23
24
25
26
27
28

DECLARATION OF DAVID H. BERNSTEIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>      Plaintiff,<br><br>      vs.<br><br>FOX SPORTS, INC., a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware Limited liability company; FOX SPORTS 2, LLC, a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC, a Delaware limited liability company; FOXCORP HOLDINGS, LLC, a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 22-cv-01350-JFW-MAR<br><br>**DECLARATION OF DAVID H. BERNSTEIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, David H. Bernstein, hereby declare:

1.      I am a partner at the law firm Debevoise & Plimpton LLP.

2.      I am a member of the California bar and am admitted to practice in this Court.

3.      I am a resident of the State of Colorado, and I am over the age of eighteen.

4.      I submit this declaration in opposition to Plaintiff's motion for a preliminary injunction against The Spring League, LLC ("TSL"), USFL Enterprises, LLC ("USFL Enterprises"), and other related entities, based on my personal knowledge and my review of the documents identified below.

5.      During the months of December 2021 through February 2022, I was involved with several communications between TSL and USFL Enterprises, on the one hand, and representatives of Plaintiff's principals on the other hand.

6.      I understand that, on December 9, 2021, attorney Stephen Strauss called USFL Enterprises' trademark counsel, Lynn Jordan.  I was not a party to that telephone call.  I was subsequently informed about the call, and that Mr. Strauss told Ms. Jordan that he represented Steve Ehrhart and others who were associated with an old football league from the 1980s that was called the United States Football League.

7.      I have personal knowledge of the following pre-litigation correspondence with representatives of Plaintiff's principals.

8.      On December 14, 2021, on behalf of USFL Enterprises, I wrote to Mr. Strauss and asked him to "please provide documentary evidence of [his clients'] ownership and continuous use in commerce of [the USFL] marks during the past 35 years."  A true and correct copy of this letter is attached as **Exhibit 1**.  Mr. Strauss responded that "we will be glad to share our use evidence," on the condition that "your client [is] open to meeting with our clients" to discuss a business partnership. A true and correct copy of Mr. Strauss's letter is attached as **Exhibit 2**.

-3-

9.     On January 3, 2022, I again requested that Mr. Strauss "please identify [his] clients and the factual basis for their claims."  On January 20, Mr. Strauss responded that "I'm not yet in a position to respond to your request."  True and correct copies of my and Mr. Strauss's emails are attached as **Exhibit 3**.  This is the last communication I received from representatives of Plaintiff's principals before Plaintiff filed the Initial Complaint on February 28, 2022.

10.    On January 27 and February 2, 2022, on behalf of USFL Enterprises, I again wrote Mr. Strauss and attorney Bert H. Deixler (who had also written to TSL on behalf of Mr. Ehrhart and others), to request information about their clients' alleged trademark rights.  True and correct copies of the January 27, 2022 email and February 2, 2022 letter are attached as **Exhibit 4** and **Exhibit 5**.

11.    I did not receive a response from Mr. Strauss or Mr. Deixler to my January 27 email or February 2 letter.

12.    On January 10, 2022, as part of an ongoing discussion with American Classics' President David E. Brown, Mr. Brown transmitted to me eleven (11) quarterly royalty statements from American Classics' sales of apparel pursuant to an alleged license with Steven Ehrhart, one of Plaintiff's Principals between 2019 and 2021.  The royalty statements average less than $500 per quarter during that time period.  Mr. Brown advised that he did "not have a copy of the agreement [with Mr. Ehrhart] on file."  A true and correct copy of Mr. Brown's email and its royalty statement attachments is included as **Exhibit 6**.

[Remainder of page intentionally left blank]

DECLARATION OF DAVID H. BERNSTEIN

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March 2022, in John's Island, South Carolina.

_/s/ David H. Bernstein_____

David H. Bernstein

DECLARATION OF DAVID H. BERNSTEIN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

### *The Real USFL, LLC v. Fox Sports, Inc. et al.*

### Case No. 2:22-cv-01350-JFW-MAR

I hereby certify that on this 28th day of March, 2022, I electronically filed the foregoing **Declaration of David H. Bernstein in Opposition to Plaintiff's Motion for a Preliminary Injunction** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kirk Dillman (State Bar No. 110486)
 kdillman@mckoolsmithhennigan.com
M. Storm Byrd (State Bar No. 319387)
 sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
 nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
 wml@lanierlawfirm.com
Alex J. Brown (admitted pro hac vice)
alex.brown@lanierlawfirm.com
 Zeke DeRose III (admitted pro hac vice)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek (admitted *pro hac vice* )
 slovacek@hooverslovacek.com
HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

-6-

1    Eric B. Halper (admitted *pro hac vice*)
        ehalper@mckoolsmith.com
2    John C. Briody (admitted *pro hac vice*)
        jbriody@mckoolsmith.com
3    Radu A. Lelutiu (admitted *pro hac vice*)
        rlelutiu@mckoolsmithlcom.com
4    Laura Baron (admitted *pro hac vice*)
        lbaron@mckoolsmith.com
5    MCKOOL SMITH P.C.
     395 Ninth Avenue
6    New York, NY 10001

7
     Thomas J. Eisweirth (admitted *pro hac vice*)
8       teiswearth@mckoolsmith.com
     MCKOOL SMITH P.C.
9    600 Travis Street, Suite 7000
     Houston, TX 77002
10

11   *Attorneys for Plaintiff*
     *The Real USFL LLC*
12

13

14                                    */s/ David H. Bernstein*
15                                    David H. Bernstein

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID H. BERNSTEIN