David H. Bernstein (State Bar No. 336551)
  dhbernstein@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone:  (212) 909-6696. Fax: (212) 521-7696

Michael Schaper (admitted *pro hac vice*)
 mschaper@debevoise.com
Jared I. Kagan (admitted *pro hac vice*)
 jikagan@debevoise.com
Matthew J. Petrozziello (admitted *pro hac vice*)
 mjpetrozziello@debevoise.com
Marissa MacAneney (admitted *pro hac vice*)
mpmacaneney@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone:  (212) 909-6000.
Fax: (212) 909-6836

Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100  Fax:     (310) 275-5697

Patrick F. Philbin (admitted *pro hac vice*)
  pphilbin@egcfirm.com
Kyle T. West (admitted *pro hac vice*)
  kwest@ecgfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
1155 F Street, NW, Suite 750
Washington, D.C.  20004
Telephone:  (202) 249-6900
Fax:  (202) 249.6899

*Attorneys for Defendants USFL Enterprises*, *LLC,*
*The Spring League, LLC*, *Fox Corporation*,
*Fox Sports 1, LLC*, *Fox Sports 2, LLC*, *Fox Sports*
*Holdings, LLC*, *Fox Sports Productions, LLC,*
*Foxcorp Holdings, LLC*, *Fox Media LLC*, and
*Fox Sports Interactive Media, LLC*.

Case No. 22-cv-01350-JFW-MAR

NOTICE OF LODGING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOX SPORTS, INC, a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a Delaware limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company,<br><br>Defendants. | CASE NO. 22-cv-01350-JFW-MAR<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION DENYING PLAINTIIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: April 18, 2022<br>Hon. Judge: John F. Walter |

1    PLEASE TAKE NOTICE that David H. Bernstein, Lead Trial Counsel for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC, hereby lodges the attached [Proposed] Statement of Decision Denying Plaintiff's Motion for a Preliminary Injunction.

Executed this 6th day of April 2022, at New York, New York.

*/s/ David H. Bernstein*
David H. Bernstein