FILED
CLERK, U.S. DISTRICT COURT

April 20, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FRED W. SLAUGHTER | ORDER OF THE CHIEF JUDGE<br><br>**22-080** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fred W. Slaughter,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John. F. Walter to the calendar of Judge Fred W. Slaughter:

| | |
|---|---|
| 2:20-cv-11520-JFW-JDE | Gina Maria Borgia v. Andrew Saul |
| 2:21-cv-02957-JFW-MARx | M.A.R. et al v. City of Los Angeles, et al. |
| 2:21-cv-03149-JFW-ADSx | Frank Edward Edmonds v. City of Los Angeles, et al. |
| 2:21-cv-04701-JFW-MAAx | Guillermo Rodriguez v. Garfield Beach CVS, L.L.C. |
| 2:21-cv-05903-JFW-AGRx | Eric Simmons et al v. Forest River, Inc., et al. |
| 2:21-cv-06101-JFW-JCx | Xiamen Wins Up Imp. and Exp. Co., Ltd. v. United Safety Technology, Inc. |
| 2:21-cv-07793-JFW-KESx | Cassandra Ware v. Merritt Hospitality, LLC, et al. |
| 2:21-cv-08527-JFW-AGRx | United States of America v. Mark A. Seidner, et al. |
| 2:22-cv-00056-JFW-AFMx | Adrian Chavez, et al. v. United States of America, et al. |
| 2:22-cv-00215-JFW-GJSx | Lili S. Pool v. Mercedes-Benz USA, LLC |
| 2:22-cv-00498-JFW-MAAx | Altaa Investments, LLC, et al. v. Production Capital, LLC, et al. |
| 2:22-cv-01014-JFW-AGRx | Fantastic Films International, LLC v. Screen Media Ventures, LLC, et al. |
| 2:22-cv-01350-JFW-MARx | The Real USFL, LLC v. Fox Sports Inc., et al. |
| 2:22-cv-01358-JFW-JPRx | Gabriel Dorsey v. TLW Real Property LLC, et al. |

In the Matter of the
Creation of Calendar for
District Judge Fred W. Slaughter                                                                 2
_____

      5:18-cv-00506-JFW-KES    Michael Fiorito v. Dr. Anderson, et al.
      5:22-cv-00192-JFW-MAAx   Florence Bravo v. United States of America, et al.


    On all documents subsequently filed in the case, please substitute the Judge initials FWS after the case number in place of the initials of the prior Judge.

DATED: April 20, 2022                      _____
                                                    Chief Judge Philip S. Gutierrez

| | |
|---|---:|
| In the Matter of the<br>Creation of Calendar for<br>District Judge Fred W. Slaughter | 3 |