David H. Bernstein (State Bar No. 336551)
  dhbernstein@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (212) 909-6696
Fax: (212) 521-7696

Michael Schaper (admitted pro hac vice)
  mschaper@debevoise.com
Jared I. Kagan (admitted pro hac vice)
  jikagan@debevoise.com
Matthew J. Petrozziello (pro hac vice motion pending)
  mjpetrozziello@debevoise.com
Marissa MacAneney (admitted pro hac vice)
  mpmacaneney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Fax: (310) 275-5697

Patrick F. Philbin (admitted pro hac vice)
  pphilbin@egcfirm.com
Kyle T. West (admitted pro hac vice)
  kwest@ecgfirm.com
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
1155 F Street, NW, Suite 750
Washington D.C. 20004
Telephone: (202) 249-6900
Fax: (202) 249-6899

*Attorneys for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC*

2037796.1

Case No. 2:22-cv-01350-FWS-MAR

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company.<br><br>Defendants. | Case No. 2:22-cv-01350-FWS-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT**<br><br>Complaint Filed: March 17. 2022<br>Amended Complaint Served: March 21, 2022<br>Extension Granted: March 28, 2022<br>Current Response Date: April 28, 2022<br><br>New Response Date: 21 days after Plaintiff notifies Defendants that it does not intend to further amend, or 21 days after the Plaintiff has filed a Second Amended Complaint. |

1    WHEREAS, on March 17, 2022, plaintiff THE REAL USFL, LLC ("Plaintiff") filed its First Amended Complaint (Dkt. No. 67) naming Fox Sports, Inc., The Spring League, LLC, USFL Enterprises, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC as defendants ("Defendants");

WHEREAS, on March 26, 2022, the Parties filed a Stipulation to Extend Time to Respond to the Amended Complaint (Dkt. No. 100);

WHEREAS, on March 28, 2022, the Court granted the Stipulation and extended the time for Defendants to Respond to the First Amended Complaint until fourteen (14) days following the Court's decision on Plaintiff's Amended Motion for a Preliminary Injunction (Dkt. No.117);

WHEREAS, the Court issued an order denying the Plaintiff's Amended Motion for a Preliminary Injunction on April 14, 2022 (Dkt. 128);

WHEREAS, the Defendants' response to the First Amended Complaint is due fourteen days after the Court's April 14, 2022 order, which is April 28, 2022;

WHEREAS, the Parties met and conferred concerning the Defendants' planned response to the First Amended Complaint on April 21, 2022;

WHEREAS, the Parties have agreed to participate in mediation concerning the above-captioned case and are in the process of scheduling mediation in the near future, to continue until either party terminates mediation, in the hope that they can resolve the case;

WHEREAS, the Parties agree that it would be inefficient to require the Defendants to respond to the First Amended Complaint before entering mediation;

WHEREAS, the Parties agree that it would be inefficient to dispute an attempt by the Plaintiff to amend the First Amended Complaint to address issues raised at their conference or during mediation, or otherwise;

WHEREAS, the Court has not yet set dates for discovery cut-off, the pre-trial

1  conference, or the trial;

2      WHEREAS the Parties agree, subject to the Court's approval, to extend the
3  date for Defendants' response to the First Amended Complaint;

4      WHEREAS, the Parties agree, subject to the Court's approval, that Plaintiff
5  may have twenty-one (21) days after the conclusion of mediation to elect whether to
6  file and to file any further amended complaint;

7      WHEREAS, the Parties agree, subject to the Court's approval, to extend the
8  date for Defendants to respond to the First Amended Complaint or to any further
9  amended complaint until twenty-one (21) days after either (i) Plaintiff has notified
10 Defendants that it does not intend to further amend, or (ii) has filed a further
11 amended complaint;

12     WHEREAS, the Parties agree that these extensions and agreements would
13 save judicial and party resources;

14     WHEREAS, the Parties currently intend to schedule their mediation no later
15 than the first week of June, but the dates on which the parties, their counsel, and a
16 mutually acceptable mediator will be available are uncertain;

17     THEREFORE, the Parties, subject to the Court's approval, agree and stipulate
18 as follows: (1) the date for Defendants to answer or otherwise respond to the First
19 Amended Complaint is extended to allow the Parties time for mediation; (2) the
20 Parties shall inform the Court of the status of mediation on or before June 20, 2022,
21 and if necessary at least every thirty (30) days thereafter; (3) if at any time any Party
22 informs the other in writing that it wishes to terminate mediation, the Parties shall
23 immediately inform the Court and the Plaintiff shall have twenty-one (21) days to
24 file a further amended complaint; and (4) the date for Defendant's response to the
25 Amended Complaint or to any further amended complaint is extended until twenty-
26 one (21) days after either (i) Plaintiff has notified Defendants that it does not intend
27 to further amend, or (ii) Plaintiff has filed a further amended complaint.
28 / / /

| | |
|---|---|
| DATED:  April 27, 2022 | ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP |

    Keith J. Wesley
    Matthew L. Venezia
    Patrick F Philbin (*admitted pro hac vice*)
    Kyle West (*admitted pro hac vice*)

DEBEVOISE & PLIMPTON LLP
    David H. Bernstein
    Michael Schaper (admitted *pro hac vice*)
    Jared I. Kagan (admitted *pro hac vice*)
    Matthew J. Petrozziello (*pro hac vice* motion pending)
    Marissa MacAneney (admitted *pro hac vice*)

By:    */s/ Keith J. Wesley*
      Keith J. Wesley

*Attorneys for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC*

| | |
|---|---|
| Dated:  April 27, 2022 | **MCKOOL SMITH HENNIGAN, P.C.** |

By: */s/ Nicholas T. Matich*

    Kirk D. Dillman
    M. Storm Byrd
    MCKOOL SMITH HENNIGAN, P.C.

    Nicholas T. Matich
    MCKOOL SMITH P.C.

```
 1    Mark Lanier
 2    Alex J. Brown
      Zeke DeRose III
 3    THE LANIER LAW FIRM
 4
 5    Joseph O. Slovacek
      HOOVER SLOVACEK LLP
 6
 7    Eric B. Halper
      John C. Briody
 8    Radu A. Lelutiu
 9    Laura Baron
      MCKOOL SMITH P.C.
10
11    Thomas J. Eisweirth
      MCKOOL SMITH P.C.
12
13    *Attorneys for Plaintiff*
```

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to the Complaint and to Allow Plaintiff to Amend the Complaint. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories have concurred in this filing.

By:    */s/Keith J. Wesley*
         Keith J. Wesley

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2022, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SEE SERVICE LIST ATTACHED**

_____
Andrea A. Augustine

**SERVICE LIST**
*The Real USFL, LLC v. Fox Ports, Inc. et al.*
**Case No. 2:22-cv-01350-JFW-MAR**

Kirk Dillman
  kdillman@mckoolsmithhennigan.com
M. Storm Byrd
  sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted pro hac vice)
  nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted pro hac vice)
  wml@lanierlawfirm.com
Alex J. Brown (admitted pro hac vice)
alex.brown@lanierlawfirm.com
  Zeke DeRose III (admitted pro hac vice)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek (admitted pro hac vice )
  slovacek@hooverslovacek.com
HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056


Eric B. Halper (admitted pro hac vice)
  ehalper@mckooolsmith.com
John C. Briody (admitted pro hac vice)
  jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted pro hac vice)
  rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted pro hac vice)
  lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

1 | Thomas J. Eisweirth (admitted pro hac vice)
  | teisweirth@mckoolsmith.com
2 | MCKOOL SMITH P.C.
  | 600 Travis Street, Suite 7000
3 | Houston, TX 77002
4 |
  | Attorneys for Plaintiff
5 | The Real USFL LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28