David H. Bernstein (State Bar No. 336551)
dhbernstein@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (212) 909-6696
Fax: (212) 521-7696

Michael Schaper (admitted *pro hac vice*)
mschaper@debevoise.com
Jared I. Kagan (admitted *pro hac vice*)
jikagan@debevoise.com
Matthew J. Petrozziello (admitted *pro hac vice*)
mjpetrozziello@debevoise.com
Marissa MacAneney (admitted *pro hac vice*)
mpmacaneney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Keith J. Wesley (State Bar No. 229276)
kwesley@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
mvenezia@egcfirm.com
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Fax: (310) 275-5697

Patrick F. Philbin (admitted *pro hac vice*)
pphilbin@egcfirm.com
Kyle T. West (admitted *pro hac vice*)
kwest@ecgfirm.com
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
1155 F Street, NW, Suite 750
Washington D.C. 20004
Telephone: (202) 249-6900
Fax: (202) 249-6899

*Attorneys for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

THE REAL USFL, LLC, a New York limited liability company,

Plaintiff,

vs.

FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company.

Defendants.

Case No. 2:22-cv-01350-FWS-MAR

**Joint Case Management Statement**

Kirk Dillman (State Bar No. 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (State Bar No. 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek (admitted *pro hac vice*)
slovacek@hooverslovacek.com
HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (admitted *pro hac vice*)
ehalper@mckooolsmith.com
John C. Briody (admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

*Attorneys for Plaintiff The Real USFL LLC*

On April 27, 2022, the Court entered an Order, ECF 132, requiring the Parties to provide the Court with a joint case management statement. Pursuant to that Order, Plaintiff The Real USFL, LLC and Defendants The Spring League, LLC, USFL Enterprises, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC state as follows:

a. This case was filed on February 28, 2022. The Plaintiff filed an Amended Complaint on March 17, 2022.

b. The Plaintiff is The Real USFL, LLC.

The Defendants are Fox Sports, Inc., The Spring League, LLC, USFL Enterprises, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC.

c. The Plaintiff has asserted the following claims: (1) Trademark Infringement under Section 1125(a)(1)(A) of the Lanham Act; (2) False Advertising under Section 1125(a)(1)(B) of the Lanham Act; (3) False Association under Section 1125(a)(1)(B) of the Lanham Act; (4) Unfair Competition under Sections 17200, et seq., of the California Business and Professions Code; (5) False Advertising under Section 17500 of the California Business and Professions Code; (6) Common Law Trademark Infringement; (7) Tortious Interference with Contract and/or Business Relations; (8) a Petition for Cancellation of Trademark Registration; and (9) a claim for Declaratory Judgment.

d. Plaintiff's members are team owners and executives from the USFL of the 1980s (the "Original League"). They claim rights in trademarks for (i) the USFL and (ii) teams of the USFL based on trademark uses following the Original League ceasing operations in 1986. Defendants claim that the USFL and team marks were abandoned after the USFL of the 1980s went defunct in 1986 and claim rights in USFL league and team trademarks based on trademark registrations and applications

made beginning in 2011.

e. The First Amended Complaint seeks an injunction, an accounting of defendants' profits, transfer of infringing intellectual property, damages, cancellation of trademark registrations, attorneys' fees and costs, and declaratory relief. The Parties will address the nature and calculation of damages at mediation, which is scheduled to begin on May 13, 2022.

f. The Parties have not yet begun discovery and the Court has yet to issue a scheduling order setting any discovery deadlines.

g. The Plaintiff filed its First Amended Complaint and a Motion for a Preliminary Injunction on March 17, 2022. Am. Compl., ECF 67; Motion for Preliminary Injunction, ECF 71. On April 14, 2022, the Court issued an order denying the Plaintiff's Motion for a Preliminary Injunction. Order, ECF 128. Mediation is scheduled for May 13, 2022.

h. There are no currently pending deadlines in the litigation, other than those contained in the Court's May 4, 2022 Order. Pursuant to that Order, (1) the Plaintiff may file a further amended Complaint within twenty-one days of the conclusion of the Parties' pending mediation; (2) the deadline for the Defendants to respond to the Complaint is twenty-one days after either: (i) the Plaintiff files a further amended Complaint, or (ii) the Plaintiff notifies the Defendants that it does not intend to further amend; and (3) the Parties will inform the Court of the status of their mediation on or before June 20, 2022. Order, ECF 133.

i. The Parties are not requesting any further modification of the pending deadlines at this time.

j. The Parties have not agreed to consent to a magistrate judge for trial.

k. The Parties do not believe that there is an immediate need for a case management conference.

l. The Parties do not seek any immediate relief regarding the case schedule.

DATED: May 12, 2022

ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP
Keith J. Wesley
Matthew L. Venezia
Patrick F Philbin (admitted *pro hac vice*)
Kyle West (admitted *pro hac vice*)

DEBEVOISE & PLIMPTON LLP
David H. Bernstein
Michael Schaper (admitted *pro hac vice*)
Jared I. Kagan (admitted *pro hac vice*)
Matthew J. Petrozziello (admitted *pro hac vice*)
Marissa MacAneney (admitted *pro hac vice*)

By: */s/ Keith J. Wesley*
Keith J. Wesley

*Attorneys for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC*

DATED: May 12, 2022

MCKOOL SMITH HENNIGAN, P.C.
Kirk D. Dillman
M. Storm Byrd

MCKOOL SMITH P.C.
Nicholas T. Matich (admitted *pro hac vice*)

THE LANIER LAW FIRM
Mark Lanier (admitted *pro hac vice*)
Alex J. Brown (admitted *pro hac vice*)
Zeke DeRose III (admitted *pro hac vice*)

HOOVER SLOVACEK LLP
Joseph O. Slovacek (admitted *pro hac vice*)

MCKOOL SMITH P.C.
Eric B. Halper (admitted *pro hac vice*)
John C. Briody (admitted *pro hac vice*)
Radu A. Lelutiu (admitted *pro hac vice*)
Laura Baron (admitted *pro hac vice*)

By: */s/ Nicholas T. Matich*
Nicholas T. Matich

*Attorneys for Plaintiff The Real USFL*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

I am the ECF User whose identification and password are being used to file the foregoing Joint Case Management Statement. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories have concurred in this filing.

By: *\/s/ Keith J. Wesley*
Keith J. Wesley

## CERTIFICATE OF SERVICE

***The Real USFL, LLC v. Fox Sports, Inc. et al.***

**Case No. 2:22-cv-01350-JFW-MAR**

I am the ECF User whose identification and password are being used to file the foregoing **Joint Case Management Statement**. I hereby certify that on this 12th day of May, 2022, I electronically filed the foregoing **Joint Case Management Statement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kirk Dillman (State Bar No. 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (State Bar No. 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek (admitted *pro hac vice*)
slovacek@hooverslovacek.com
HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (admitted *pro hac vice*)

    ehalper@mckooolsmith.com
John C. Briody (admitted *pro hac vice*)
   jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted *pro hac vice*)
   rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted *pro hac vice*)
   lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

*Attorneys for Plaintiff The Real USFL LLC*

By:   */s/ Keith J. Wesley*
        Keith J. Wesley