1  David H. Bernstein (State Bar No. 336551)
     dhbernstein@debevoise.com
2  DEBEVOISE & PLIMPTON LLP
   650 California Street
3  San Francisco, CA 94108
   Telephone:  (212) 909-6696
4  Fax:  (212) 521-7696

5  Michael Schaper (admitted *pro hac vice*)
     mschaper@debevoise.com
6  Jared I. Kagan (admitted *pro hac vice*)
     jikagan@debevoise.com
7  Matthew J. Petrozziello (admitted *pro hac vice*)
     mjpetrozziello@debevoise.com
8  Marissa MacAneney (admitted *pro hac vice*)
   mpmacaneney@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, NY 10022
   Telephone:  (212) 909-6000
11 Fax:  (212) 909-6836

12 Keith J. Wesley (State Bar No. 229276)
     kwesley@egcfirm.com
13 Matthew L. Venezia (State Bar No. 313812)
     mvenezia@egcfirm.com
14 ELLIS GEORGE CIPOLLONE
   O'BRIEN ANNAGUEY LLP
15 2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
16 Telephone:  (310) 274-7100
   Fax:  (310) 275-5697
17
   Patrick F. Philbin (admitted *pro hac vice*)
18   pphilbin@egcfirm.com
   Kyle T. West (admitted *pro hac vice*)
19   kwest@ecgfirm.com
   ELLIS GEORGE CIPOLLONE
20 O'BRIEN ANNAGUEY LLP
   1155 F Street, NW, Suite 750
21 Washington D.C.  20004
   Telephone:  (202) 249-6900
22 Fax:  (202) 249-6899

23
   *Attorneys for Defendants USFL Enterprises, LLC,*
24 *The Spring League, LLC, Fox Corporation,*
   *Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports*
25 *Holdings, LLC, Fox Sports Productions, LLC,*
   *Foxcorp Holdings, LLC, Fox Media LLC, and*
26 *Fox Sports Interactive Media, LLC*

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>            Plaintiff,<br><br>      vs.<br><br>FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company.<br><br>            Defendants. | Case No. 2:22-cv-01350-FWS-MAR<br><br>**JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES AND STATUS REPORT**<br><br>Complaint Filed: March 17. 2022<br>Amended Complaint Served: March 21, 2022<br>Extension Granted: May 4, 2022<br>Current Response Date: 21 days after Plaintiff notifies Defendants that it does not intend to further amend, or 21 days after the Plaintiff has filed a Second Amended Complaint. |

1 | Kirk Dillman (State Bar No. 110486)
   kdillman@mckoolsmithhennigan.com
2 | M. Storm Byrd (State Bar No. 319387)
   sbyrd@mckoolsmithhennigan.com
3 | MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
4 | Los Angeles, California 90071
Telephone: (213) 694-1200
5 | Facsimile: (213) 694-1234

6 | Nicholas T. Matich (admitted *pro hac vice*)
   nmatich@mckoolsmith.com
7 | MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
8 | Washington, DC 20006

9 | Mark Lanier (admitted *pro hac vice*)
   wml@lanierlawfirm.com
10 | Alex J. Brown (admitted *pro hac vice*)
   alex.brown@lanierlawfirm.com
11 | Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
12 | 6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek (admitted *pro hac vice*)
14 |    slovacek@hooverslovacek.com
HOOVER SLOVACEK LLP
15 | Galleria Tower II
5051 Westheimer, Suite 1200
16 | Houston, TX 77056

17 | Eric B. Halper (admitted *pro hac vice*)
   ehalper@mckooolsmith.com
18 | John C. Briody (admitted *pro hac vice*)
   jbriody@mckoolsmith.com
19 | Radu A. Lelutiu (admitted *pro hac vice*)
   rlelutiu@mckoolsmithlcom.com
20 | Laura Baron (admitted *pro hac vice*)
   lbaron@mckoolsmith.com
21 | MCKOOL SMITH P.C.
395 Ninth Avenue
22 | New York, NY 10001

23 | *Attorneys for Plaintiff The Real USFL LLC*

1   WHEREAS, on May 4, 2022, the Court entered an Order, ECF 133, requiring
2 the Parties to update the Court on the status of their ongoing mediation by June 20,
3 2022;

4   WHEREAS, the Parties entered mediation on May 13, 2022;

5   WHEREAS, the Parties have made substantial progress toward a final
6 resolution of the case and are continuing discussions;

7   WHEREAS, the Parties agree that it would be inefficient to advance the
8 litigation while they are continuing discussions toward a final resolution of the case;

9   WHEREAS, the Court has not yet set dates for discovery cut-off, the pre-trial
10 conference, or the trial;

11   WHEREAS, the Parties agree, subject to the Court's approval, to extend all
12 deadlines in this litigation until further order of the Court;

13   WHEREAS, the Parties agree that such an extension would save judicial and
14 party resources;

15   WHEREAS, the Parties agree, subject to the Court's approval, the parties
16 shall update the Court by July 11, 2022, if the Parties have not moved to dismiss this
17 action pursuant to a final settlement agreement;

18   THEREFORE, the Parties, subject to the Court's approval, agree and stipulate
19 as follows: (1) all deadlines in this litigation are extended until further order of the
20 Court; and (2) the parties shall update the Court by July 11, 2022, if the Parties have
21 not moved to dismiss this action pursuant to a final settlement agreement.

| | |
|---|---|
| DATED:  June 20, 2022 | ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP |
| | Keith J. Wesley |
| | Matthew L. Venezia |
| | Patrick F Philbin (admitted *pro hac vice*) |
| | Kyle West (admitted *pro hac vice*) |
| | |
| | DEBEVOISE & PLIMPTON LLP |
| | David H. Bernstein |
| | Michael Schaper (admitted *pro hac vice*) |
| | Jared I. Kagan (admitted *pro hac vice*) |
| | Matthew J. Petrozziello (admitted *pro hac vice*) |
| | Marissa MacAneney (admitted *pro hac vice*) |
| | |
| | By: ___*/s/ Keith J. Wesley*___ |
| | Keith J. Wesley |
| | |
| | *Attorneys for Defendants USFL Enterprises, LLC, The Spring League, LLC, Fox Corporation, Fox Sports 1, LLC, Fox Sports 2, LLC, Fox Sports Holdings, LLC, Fox Sports Productions, LLC, Foxcorp Holdings, LLC, Fox Media LLC, and Fox Sports Interactive Media, LLC* |

| | | |
|---|---|---|
| 1 | DATED: June 20, 2022 | MCKOOL SMITH HENNIGAN, P.C. |
| 2 | | Kirk D. Dillman |
| | | M. Storm Byrd |
| 3 | | |
| 4 | | MCKOOL SMITH P.C. |
| | | Nicholas T. Matich (admitted *pro hac vice*) |
| 5 | | |
| 6 | | THE LANIER LAW FIRM |
| | | Mark Lanier (admitted *pro hac vice*) |
| 7 | | Alex J. Brown (admitted *pro hac vice*) |
| 8 | | Zeke DeRose III (admitted *pro hac vice*) |
| 9 | | HOOVER SLOVACEK LLP |
| 10 | | Joseph O. Slovacek (admitted *pro hac vice*) |
| 11 | | MCKOOL SMITH P.C. |
| 12 | | Eric B. Halper (admitted *pro hac vice*) |
| 13 | | John C. Briody (admitted *pro hac vice*) |
| | | Radu A. Lelutiu (admitted *pro hac vice*) |
| 14 | | Laura Baron (admitted *pro hac vice*) |

By:  */s/ Nicholas T. Matich*
       Nicholas T. Matich

*Attorneys for Plaintiff The Real USFL*

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

2   I am the ECF User whose identification and password are being used to file the
3 foregoing Joint Stipulation to Extend all Case Deadlines Status Report.  Pursuant to
4 Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories have
5 concurred in this filing.

By:   */s/ Keith J. Wesley*
      Keith J. Wesley

28 **CERTIFICATE OF SERVICE**

*The Real USFL, LLC v. Fox Sports, Inc. et al.*

**Case No. 2:22-cv-01350-JFW-MAR**

I am the ECF User whose identification and password are being used to file the foregoing **Joint Stipulation to Continue All Case Deadlines and Status Report**. I hereby certify that on this 20th day of June, 2022, I electronically filed the foregoing **Joint Stipulation to Continue All Case Deadlines and Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kirk Dillman (State Bar No. 110486)
  kdillman@mckoolsmithhennigan.com
M. Storm Byrd (State Bar No. 319387)
  sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Nicholas T. Matich (admitted *pro hac vice*)
  nmatich@mckoolsmith.com
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier (admitted *pro hac vice*)
  wml@lanierlawfirm.com
Alex J. Brown (admitted *pro hac vice*)
  alex.brown@lanierlawfirm.com
Zeke DeRose III (admitted *pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Joseph O. Slovacek (admitted *pro hac vice*)
  slovacek@hooverslovacek.com
HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Eric B. Halper (admitted *pro hac vice*)

ehalper@mckooolsmith.com
John C. Briody (admitted *pro hac vice*)
jbriody@mckoolsmith.com
Radu A. Lelutiu (admitted *pro hac vice*)
rlelutiu@mckoolsmithlcom.com
Laura Baron (admitted *pro hac vice*)
lbaron@mckoolsmith.com
MCKOOL SMITH P.C.
395 Ninth Avenue
New York, NY 10001

*Attorneys for Plaintiff The Real USFL LLC*

By:   */s/ Keith J. Wesley*
     Keith J. Wesley

-9-   Case No. 2:22-cv-01350-FWS-MAR
JOINT STIPULATION TO CONTINUE ALL CASE DEADLINES AND STATUS REPORT