# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company.<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01350-FWS-MAR<br><br>**ORDER REGARDING STIPULATION TO EXTEND ALL CASE DEADLINES**<br><br>Complaint Filed: March 17. 2022<br>Amended Complaint Served: March 21, 2022<br>Extension Granted: May 4, 2022<br>Current Response Date: 21 days after Plaintiff notifies Defendants that it does not intend to further amend, or 21 days after the Plaintiff has filed a Second Amended Complaint. |

1     Pursuant to the stipulation submitted by the Parties, IT IS SO ORDERED that all deadlines in this action are extended until further order of the Court;

    IT IS FURTHER ORDERD that the Parties shall inform the Court of the status of their attempt to settle the case by July 11, 2022, unless the Parties have moved to dismiss this action pursuant to a final settlement agreement by that time.

DATED:  June 21, 2022      _____
                                       Hon. Fred W. Slaughter
                                       United States District Judge