UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOX SPORTS, INC., a Delaware corporation, THE SPRING LEAGUE, LLC, a Delaware limited liability company, and USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware limited liability company; FOX SPORTS 2, LLC a Delaware limited liability company; FOX SPORTS HOLDINGS, LLC a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC a Delaware limited liability company; FOXCORP HOLDINGS, LLC a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC a Delaware limited liability company.<br><br>Defendants. | Case No. 2:22-cv-01350-FWS-MAR<br><br>**ORDER REGARDING STIPULATION TO EXTEND ALL CASE DEADLINES**<br><br>Complaint Filed: March 17. 2022<br>Amended Complaint Served: March 21, 2022<br>Extension Granted: June 21, 2022<br>Current Response Date: Extended until further Order of the Court |

1       Pursuant to the stipulation submitted by the Parties, IT IS SO ORDERED that all deadlines in this action are extended until further order of the Court;

      IT IS FURTHER ORDERED that the Parties shall inform the Court on the status of settlement by August 1, 2022, unless the Parties have moved to dismiss this action pursuant to a final settlement agreement by that time.

DATED:  July 12, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE