## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REAL USFL, LLC, a New York limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>FOX SPORTS, INC., a Delaware corporation; THE SPRING LEAGUE, LLC, a Delaware limited liability company; USFL ENTERPRISES, LLC, a limited liability company; FOX CORPORATION, a Delaware corporation; FOX SPORTS 1, LLC, a Delaware Limited liability company; FOX SPORTS 2, LLC, a Delaware limited liability company; FOX SPORTS PRODUCTIONS, LLC, a Delaware limited liability company; FOXCORP HOLDINGS, LLC, a Delaware limited liability company; FOX MEDIA LLC, a Delaware limited liability company; and FOX SPORTS INTERACTIVE MEDIA, LLC, a Delaware limited liability company,<br><br>                Defendants. | **ECF CASE**<br><br>Action No. CASE NO. 22-CV-01350-FWS-MAR |

## NOTICE OF DISMISSAL WITH PREJUDICE

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Real USFL, LLC hereby dismisses this action with prejudice, with each party to bear its own costs.

Dated: August 22, 2022

By: _M. Storm Byrd_

Kirk D. Dillman
M. Storm Byrd
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Nicholas T. Matich
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006

Mark Lanier
Alex Brown
Zeke DeRose III
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

*Attorneys for Plaintiff*
*The Real USFL, Inc.*

2